FILED
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*2:21 pm, Aug 12, 2024*
**JEFFREY P. COLWELL, CLERK**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

_____ Bridgestone Firestone Auto care _____ , Plaintiff

v.

_____ Mark O'Brien _____ ,

_____ ,

_____ ,

_____ , Defendant(s).

**Jury Trial requested:**
**(please check one)**
**_X_ Yes ___ No**

(*List each named defendant on a separate line.  If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names listed in the above caption must be identical to those contained in Section B.  Do not include addresses here.*)
Bridgestone Firestone Auto care , : 13055 Copperhead Trail Parker, CO 80134  303-416-8536, and the address on paychecks is 200 4th Ave South Nashville, TN 37201

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## A.      PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be
served by filing a notice of change of address.  Failure to keep a current address on file with the
court may result in dismissal of your case.*

Mark O'Brien 19151 Cottonwood Dr #W1238 Parker, CO 80138
   (Name and complete mailing address)

720-988-5158        MARK@OBRIMAIL.COM
   (Telephone number and e-mail address)

## B.      DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If
more space is needed, use extra paper to provide the information requested.  The additional
pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:
**Bridgestone Firestone Auto care**

[I worked at: 13055 Copperhead Trail Parker, CO 80134  303-416-8536, and the address
on paychecks is 200 4th Ave South Nashville, TN 37201]

Main Office phone: 877-734-9512

(Name and complete mailing address)

Main Office phone: 877-734-9512

(Telephone number and e-mail address if known)

Defendant 2:
(Name and complete mailing address)

(Telephone number and e-mail address if known)

## C.      JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that
apply)*

____      Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq.
(employment discrimination on the basis of race, color, religion, sex, or national origin)

2

_X___    Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

_x___    Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

_____    Other: (*please specify*) _____

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim.  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____    I asked HR for accommodations  but never heard back from them.  They stopped paying my full paycheck, thereby causing a constructive termination

The conduct complained of in this claim involves the following: (*check all that apply*)

_____ failure to hire                         _____ different terms and conditions of employment

_____ failure to promote                  _x__ failure to accommodate disability

_x___ termination of employment      _____ retaliation

_____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

_____ race              _____ religion          _____ national origin          _x__ age

_____ color             _____ sex                _x__ disability

Supporting facts:

I started at the Parker stroh ranch Firestone on June 24th with the understanding that I would be paid $19 an hour. This is the rate that Patrick said I would be getting when I went in to talk to him 2 weeks before I started.  This rate is what my paychecks showed up until about 2 and 1/2 Weeks ago.  At that time on my paychecks, a phrase flag rate started to show up. I had no idea what that meant.  And I was not being paid for the

3

hours that I was in the shop I was only getting paid for about maybe half of my hours that I was in the shop. I was not consented about this I was not made aware by anyone in writing or in verbally. This just happened without my knowledge or permission or authorization.

When Patrick McGonagall my manager and I talked at first about the job it would be just a basic tire tech one job where I would be doing vehicle inspections both the basic and the complete, changing tires and changing oil.

I worked very hard at my job and put in a lot of extra hours cleaning the shop up taking dead tires to the back, sweeping, taking the garbage out, and a lot of other things that need to be done around the shop when we weren't busy. I tried to show Patrick that I was a hard worker.  I got along with my coworkers well.

I was trained by a young man named Gabe who's probably 21. Gabe showed me how to do all of the tire tech stuff and fill out the courtesy check forms and do the complete vehicle checks. I was pretty surprised when we skipped a lot of the checkboxes though. He said we had to go fast because that's what the company wants.  He kept telling me when I asked him about those skipped boxes all we don't have to do that. But when I asked Patrick on my own later Patrick said yes we do have to do this or that part of the vehicle inspection. So there seems to be no agreement on what really is required.

Eventually I started to do my work on my own and Gabe started to do his work on his own.  About 2 or 3 weeks into my job one of our sales reps named Ben who is about 20 years old started telling me I had to go faster and threatening me that I could lose my job. I didn't take these threats seriously because I talked to Patrick and he said that Ben has a problem of shooting off his mouth.

There were some processes that Patrick and Jeff our other master technician showed me to cut some time off. But still do the right job. Jeff has been at Firestone for 22 years and can take his time but I can't do that they said because Jeff has earned that right to go slow. So Patrick told me some of the things that I was not able to do that Jeff told me to do.  Jeff used to be a trainer and a manager and he was telling me the Firestone way to do things and he did not appreciate that other people in the shop skipped steps and did things the wrong way but he was not in a position to change anything.

I did not feel comfortable about skipping the steps on the vehicle inspections that Gabe does since that is sending a car out back on the road with possible dangerous mechanical problems. He does not check the break and coolant fluids and he also does not take the drum brakes off and check the brake linings. These things are required according to my discussion with patrick. But of course Gabe's time is much faster than mine and they don't complain about him or come to him and tell him to go faster but they do to me. There are a couple other reasons why I can't maybe go as fast as Gabe and I tried to reach out to the company to get help with that. Now Gabe is making much more than I am he told me and if I just cut corners I could too. I do not think that the upper management knows that this shop is doing this kind of shoddy work.

4

**I have some cognitive disabilities and some physical limitations. I've been waiting since August 10th to hear back from HR to try to set up some accommodations but they never got back to me.  I also left voicemails on Jeffrey Linnear's voicemail.  On the 16th I sent another follow-up email to Jeff from a different email address in case he wasn't getting emails from my main one. I've been contacting HR and payroll for at least 9 days on their portals on the internal website.  The answers they're giving me are not answering my questions in any way.  I've been asking my manager for 2 and 1/2 Weeks about this. He's the first person I went to.**

Going faster also increases the possibility of personal injury and I've cut my fingers several times and I have a sprained knee right now from twisting it trying to go faster. My colleagues are all in their twenties and I am 54 and not in as good a shape as I used to be. But my body is responding and I'm getting stronger but they want results immediately which I can't give them since I'm a little new and still learning. And I'm not sure why they want faster right now when we are not a busy shop!  And when I do get things to work on I believe I do go quite fast with them. But I also have to be thorough but just not too thorough that I spend too much time.

The company training videos say that a tech is supposed to take 1 hour for inspections. I don't understand why the shop wants me to go so fast because if I take my time and am a little more meticulous and spend more than the 20 minutes for the full inspection and spend more like maybe 40 minutes I can find things that we can sell to the customer which is what we're supposed to be doing.  I find nails and tires broken parts under the car and other important safety related problems while doing my inspections. I write those things down on the vehicle inspection page so that the sales reps in the front like Ben can alert the customer and then sell those parts to them!  I think Ben said we have 6 minutes to do the courtesy check and 20 minutes to do the complete vehicle inspection. I don't know where he's getting those numbers. I've never seen them in writing. I know that I cannot inspect your vehicle thoroughly in 6 minutes or completely in 20 especially if I'm looking for nails in your tires and for where leaks are coming from so I can report to you what is broken under your car! In the online training the company strongly emphasizes that the vehicle inspections are where everything starts and that they need to be done meticulously and with great care. Not skipping steps or lying on the reports.

My paychecks up until about 2 and 1/2 or so weeks ago were between six and seven hundred dollars a week at $19 an hour then all of a sudden they went down to the low 400s per week. I cannot live on this low pay so I talked to my manager and he said that somehow my payroll or something had been changed on my paycheck but he didn't know what to do and he didn't know who to call. His manager a director Chris is his next call and he said that Chris doesn't call him back when he calls him. I then began to right questions to the payroll and HR teams on the Firestone Bridgestone website are internal website asking payroll and HR about these things and HR and payroll didn't

give me any sufficient answers to my question and nobody could tell me why my pay changed. I have some screenshots of these here. The couple responses in my payroll questions said I was getting paid correctly but nobody could explain why my pay changed from the mid 600s to the low 400s, or even 300's.

So since HR would not work with me on my physical and cognitive accommodations and my manager Patrick and Ben said they had to go faster and I was getting paid a lot less I decided to resign and that this was a termination, from the position because I don't think they are abiding by our contract  I'm convinced that if I continue to be paid incorrectly and pushed to go faster I could seriously injure myself. There's equipment in any shop that is extremely dangerous.  And since I'm new to the industry this is a possibility for me.  I'm convinced that this shop will not make money by circumventing the corporate policies in place that are designed there to follow and become very profitable. There are many selling techniques that the company has in training that the sales up front people can do to sell parts and services that is not currently being done. Maybe what's happening is that because they're failing at that up in the front they're trying to blame us in the back?  I have overheard Patrick and Ben saying that the upper management directors are extremely unhappy with the profit of this store. It's been low for 2 years.  Patrick has also complained many times in front of us that he's not being paid correctly either. He said he's doing 2 manager jobs; one is the front store manager, and the other is repair shop manager.

I don't think that the payroll issue has anything to do with Patrick or Ben. I asked them this week who may have done this and they have no idea. They also have no idea who to call to get it fixed. The only thing Patrick could think of is contacting payroll and HR in the website which I've done but have gotten no help there.

I just got off the phone with Patrick at 12:45 p.m. on August the 18th 2023. Once again I told him I didn't know what to do and he said he didn't either. I asked him if he was thinking of letting me go and he said no. Then I said I felt like I needed to resign because I can't live on $400 a week and nobody's doing anything and nobody's doing anything about my accommodations. I asked him if I would ever get the money back and he said no. He also said that the plan was to move Gabe my trainer up into jobs and then me to take Gabe's place and keep the $19 an hour. He said that my offer letter should have said $19 an hour as well. I did record this phone call as well. He said that he could move me up to the front with him with selling things and things like that instead of working on the cars which would be probably better for my physical condition. I asked him how much I would make he said $19 an hour. I said but there's nothing in writing and we don't have any contracts so I said I'd feel better resigning and then if they could work something out I would consider it later. But for now I want my money back that they cheated me from and I want my accommodations.

On August 16th in the evening I sent this letter on the website to HR. The next day I found that it was just closed out with no response. I thought by saying attorney in the letter that I would get their attention and somebody might reach out to me both for my accommodations and for my paycheck but they just ignored the question and marked it

as completed.

The CO dept of revenue did an investigation of the pay issue and was able to recover $800 in pay.  Also, Firestone paid a $1500 fine.


## E.	ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

   x   Yes  (***You must attach a copy of the administrative charge to this complaint***)
I dont have a copy of "the charge" but I do have a RTS letter – right to sue
       No

Have you received a notice of right to sue? (*check one*)

   x   Yes  (***You must attach a copy of the notice of right to sue to this complaint***)

       No

## F.	REQUEST FOR RELIEF
*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*


## G.	PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_Mark OBrien_

(Plaintiff's signature)


(Date)

(Revised February 2022)

JS 44   (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Mark O'Brien 19151 Cottonwood Dr #W1238 Parker, CO 80138

**DEFENDANTS**

Bridgestone Firestone Auto care 13055 Copperhead Trail Parker, CO 80134  303-416-8536, and the address on paychecks is 200 4th Ave South Nashville, TN 37201

**(b)** County of Residence of First Listed Plaintiff   Douglas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Douglas
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**II.  BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ❏ 1   U.S. Government Plaintiff
- ❏ 2   U.S. Government Defendant
- ❏ 3   Federal Question *(U.S. Government Not a Party)*
- ☒ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

**III.  CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

**IV.  NATURE OF SUIT** *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 340 Marine | | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ❏ 835 Patent - Abbreviated New Drug Application | ❏ 460 Deportation |
| | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | **LABOR** | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 355 Motor Vehicle Product Liability | ❏ 371 Truth in Lending | ❏ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 160 Stockholders' Suits | ❏ 360 Other Personal Injury | ❏ 380 Other Personal Property Damage | ❏ 720 Labor/Management Relations | ❏ 861 HIA (1395ff) | ❏ 485 Telephone Consumer Protection Act |
| ❏ 190 Other Contract | ❏ 362 Personal Injury - Medical Malpractice | ❏ 385 Property Damage Product Liability | ❏ 740 Railway Labor Act | ❏ 862 Black Lung (923) | ❏ 490 Cable/Sat TV |
| ❏ 195 Contract Product Liability | | | ❏ 751 Family and Medical Leave Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 196 Franchise | | | ❏ 790 Other Labor Litigation | ❏ 864 SSID Title XVI | ❏ 890 Other Statutory Actions |
| | | | ❏ 791 Employee Retirement Income Security Act | ❏ 865 RSI (405(g)) | ❏ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ❏ 893 Environmental Matters |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 895 Freedom of Information Act |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 896 Arbitration |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | |
| ❏ 245 Tort Product Liability | ☒ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | ❏ 950 Constitutionality of State Statutes |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 448 Education | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration Actions | | |
| | | ❏ 550 Civil Rights | | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

**V.  ORIGIN** *(Place an "X" in One Box Only)*

- ❏ 1  Original Proceeding
- ❏ 2  Removed from State Court
- ❏ 3  Remanded from Appellate Court
- ❏ 4  Reinstated or Reopened
- ❏ 5  Transferred from Another District *(specify)*
- ❏ 6  Multidistrict Litigation - Transfer
- ❏ 8  Multidistrict Litigation - Direct File

**VI.  CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 18, and age related (Over 55) 42 U.S.C. §§ 12101 and 29 U.S.C. §§ 621

Brief description of cause:
Firestone failed to accommodate 2 simple requests I made, one on Disability and the other on age. (I am 55) 29 U.

**VII.  REQUESTED IN COMPLAINT:**

❏ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ 100,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☒ Yes    ❏ No

**VIII.  RELATED CASE(S) IF ANY**

*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE
08/03/2024

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

JS 44 Reverse  (Rev. 08/18)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked.  (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.** **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| Bridgestone Firestone Auto care , : 13055 Copperhead Trail Parker, CO 80134  303-416-8536, and the address on paychecks is 200 4th Ave South Nashville, TN 37201 <br><br> *Plaintiff(s)* <br><br> v. <br><br> Mark O'Brien 19151 Cottonwood Dr #W1238 Parker, CO 80138 <br><br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)      Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Bridgestone Firestone Auto care , : 13055 Copperhead Trail Parker, CO 80134 303-416-8536, and the address on paychecks is 200 4th Ave South Nashville, TN 37201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Bridgestone Firestone Auto care , : 13055 Copperhead Trail Parker, CO 80134 303-416-8536, and the address on paychecks is 200 4th Ave South Nashville, TN 37201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:        AUG 3, 2024

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Bridgestone Firestone Auto care

was received by me on *(date)*                              .

❏ I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)*                              , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                    ; or

❏ I returned the summons unexecuted because                              ; or

❏ Other *(specify):*

My fees are $                  for travel and $                  for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

**THIS FORM MUST BE SENT TO THE EMPLOYER, NOT THE DIVISION OF LABOR STANDARDS AND STATISTICS. THIS FORM DOES NOT START A COMPLAINT WITH THE DIVISION.**

## Demand for Payment of Wages: Instructions and Information

This Demand for Payment of Wages is a form filled out by the employee, then sent to the current or former employer they claim owes wages. But a written demand for payment of wages can be *any* demand, whether or not they use this form, that is written and sent to an employer's correct address. The employee may send this form, or a demand they write themselves, by mail, email, text message, or other electronic means.[1] Demands must be for wages already due, not wages due at a future date.[2]

Sending a written demand is not required, but often convinces employers to pay what they owe. And if the employer still does not pay what they owe, and the employee files a complaint with this Division or in court, having sent a written demand may increase their chances of being awarded additional money from the employer as a penalty for not paying wages they owe.

An employee can send a demand before, after, or at the same time as they file a complaint with this Division. There's no required order in which the employee must send the demand and file the complaint.

1. To use this written demand:
   - Fill out the form completely, including the date and your signature (which can be your typed name, if you fill out the form on a computer).
   - Save a copy of the completed form. Keep any other records showing when, and to whom, you sent it.
   - **Send the original to the employer's correct address.** You may wish to use certified mail, so you have a record of mailing and proof the employer received it.
   - **Do *not* send this form to the Division.** This form doesn't initiate a complaint with the Division.

2. If you would like to recover your wages through the Division's complaint process:
   - You must fill out a separate Labor Standards Complaint Form to file a complaint for your unpaid wages.
   - You can send a demand, and file a complaint simultaneously. You do not need to wait 14 days after sending a written demand to file a complaint with this Division.
   - If you do not send this written demand to your employer, the Division's Notice of Complaint counts as a written demand for legal purposes. C.R.S. § 8-4-111(5).

3. If the employer does not pay your wages within 14 days after a written demand for payment (or if they only pay you a partial or wrong amount), and the Division finds that the wages should have been paid, the Division will order the employer to pay you penalties in addition to your wages:
   - 200% of the wages due, OR $1,000.00, whichever is greater. C.R.S. § 8-4-109(3)(b).
   - 300% of the wages due OR $3,000.00, whichever is greater, if the employer's failure to pay wages was willful.

The Division may also order the employer to pay a fine (payable to the State of Colorado) of up to $50 per day for every day the employer fails to pay your wages.

To learn more about filing a complaint with our Division, and the Division's complaint process, please visit our website at https://cdle.colorado.gov/complaint.

*Please note: The Division cannot provide legal advice on complaints.  If you need legal advice, please consult an attorney.*

---

[1] C.R.S. § 8-4-101(15); Wage Protection Rules, 7 CCR 1103-7, Rule 2.16.

[2] C.R.S. § 8-4-109(3)(a): "If an employer refuses to pay wages or compensation . . . the employee, his or her designated agent, or the division may send a written demand for the payment." C.R.S. § 8-4-109(3)(b): If an employer fails to pay the wages or compensation due to the employee within fourteen days after the written demand is sent, "the employer shall be liable to the employee for the wages or compensation, and a penalty . . . ."

*Last updated December 2022*

*THIS COURTESY FORM IS PROVIDED BY THE DIVISION OF LABOR STANDARDS AND STATISTICS. THE DIVISION HAS MADE NO DETERMINATION AS TO THE VALIDITY OF THE DEMAND.*

# DEMAND FOR PAYMENT OF WAGES

**TO:**                                                          **FROM:**

_____          _____
(EMPLOYER/BUSINESS/COMPANY NAME)                (EMPLOYEE NAME)

_____          _____
(OWNER/OFFICER/MANAGER LIABLE FOR WAGES)        (JOB TITLE)

_____          _____
(MAILING ADDRESS)                               (MAILING ADDRESS)

_____          _____
(CITY, STATE, ZIP)                              (CITY, STATE, ZIP)

_____          _____
(EMAIL ADDRESS)                                 (EMAIL ADDRESS)

Under Colorado Revised Statutes Title 8, Article 4, I formally demand the following wages I am owed:

**Total dollar amount that I believe I am owed:** _____
*(the amount may be approximate, or subject to change if evidence shows a different amount)*

**Description** of the wages or compensation owed (another sheet may be attached if needed):

_____

_____

Under Colorado law, if, within 14 days of the sending of this demand, you fail to pay wages found to be owed, you will have violated Colorado labor law,* and will be **ordered to pay more than just the wages owed:**

- in addition to the full wages owed, **a penalty of 200% of the wages owed or $1,000.00**, whichever is greater (C.R.S. § 8-4-109);
- if the violation is found to be "willful," **the above penalty increases to 300% of the wages owed or $3,000.00**, whichever is greater; and
- fines of up to $50 per day, to the State of Colorado, from the date the wages became due (C.R.S. § 8-4-113).

For more on how penalties and fines increase liability for unpaid wages, see the Division's Employer FAQs resource.**

Please also note:

- If the Division finds an employer violated Colorado labor law, the Division publishes the violation on its website, on its spreadsheet of violations and/or its decisions webpage.

- **An individual owner, officer, manager, or supervisor — not just the employer as a business or entity — may be found to be personally liable for, and responsible to pay, all amounts owed for unpaid wages**.

**Please make payment to me by this method** *(select only 1 of 3 options and fill in the corresponding fields)*:

☐ Mail to my address listed above

☐ Direct deposit or transfer to: ☐ My bank account you have on record for paying my wages; *or*

☐ This account #(_____) and routing #(_____)

☐ Other payment method: _____

_____          _____
Employee Signature                              Date

_____

*All wages or compensation are due, and must be paid, on regular paydays by 10 days after each pay period ends, unless we agreed on a different period. C.R.S. § 8-4-103(1)(a). Employees who quit or resign must be paid the next regular payday; terminated employees must be paid immediately, with limited exceptions: if an accounting unit for payroll is offsite, 24 hours after its next regular workday starts; if that unit is not scheduled to operate that day, six hours after its next regular workday starts. C.R.S. § 8-4-109(1)(a),(b).
**https://cdle.colorado.gov/wage-hour-claim-investigations-employer-faqs.



**Division of Unemployment Insurance**
P.O. Box 8988
Denver, CO 80201-8988

**COLORADO**
Department of
Labor and Employment

Go online: coloradoui.gov
Call: 1-800-388-5515
Fax: 303-318-9248

Forwarding Service Requested

Mark S. O'brien
c/o MARK S OBRIEN
19271 Cottonwood Dr #S1622
Parker, CO 80138

October 10, 2023

Issue Identification Number: 0023 2519 14-01
Correspondence ID: 79890659
Employer Name: BRIDGESTONE
AMERICAS INC
Appeal Due Date: 10/30/2023

## Appeal Rights:

Any party to this decision may disagree with (appeal) it. To appeal, please fill out the request for hearing at the end of the document. This decision is final unless we receive a written appeal no later than 20 calendar days from the mail date.

### Notice of Determination

## Reasoning and Findings

Based on information received, our investigation has determined that you left this job rather than accept what has been determined to be an unreasonable reduction in pay.

## Applicable Section of Law

Colorado Employment Security Act: 8-73-108 (4)(e)

## Effect of this Determination

It is determined that you are entitled to benefits based on this employment provided you continue to meet all eligibility requirements of the unemployment insurance law.

## Important Information

You have 2 other outstanding issue(s) that may affect your eligibility for benefits.

Issue ID:0022 4056 34-01,                Earnings - Weekly Wage Verification


79890659

An Equal Opportunity Employer                Page 1 of 4

IMPORTANTE: Este documento afecta su elegibilidad para recibir beneficios de Seguro de Desempleo. Si usted no entiende este documento, llame inmediatamente a la línea de servicio al cliente del Departamento de Trabajo y Empleo de Colorado al 1-800-388-5515.

Issue ID:0022 4056 35-01,                     Earnings - Weekly Wage Verification

Login to your account at https://cdle.colorado.gov to check the status of the other issue(s).

If you have any questions, please contact the Customer Service Center at 1-800-388-5515, Monday through Friday from 8:00 a.m. to 4:00 p.m. You can also access claims information online by logging in to your Unemployment Insurance Claims System account at https://cdle.colorado.gov, Sunday through Saturday from 2:00 a.m. to 11:59 p.m. Please have your issue or Claimant identification number available when you call.

IMPORTANTE: Este documento afecta su elegibilidad para recibir beneficios de Seguro de Desempleo. Si usted no entiende este documento, llame inmediatamente a la línea de servicio al cliente del Departamento de Trabajo y Empleo de Colorado al 1-800-388-5515.

# REQUEST FOR HEARING ON THE DETERMINATION

Claimant:  Mark S. O'brien   Claimant ID:  13006250       Issue ID:  0023 2519 14-01    Correspondence ID: 79890659

We **must receive** your appeal **no later than 20 calendar days from the mailing date** listed on the front of this form. If the 20th day falls on a weekend or state holiday, your appeal must be received by the next business day. The date we receive the appeal is considered the date of the appeal.
**How to Appeal**: There are three ways you can appeal a decision. Use only **one** method to file your appeal.
1.**Online:** https://cdle.colorado.gov
2.**Mail** your completed appeal form and any supporting documents to the Appeals Section, P.O. Box 8988, Denver, CO 80201-8988. Please make a copy of this form before you send it, and keep the copy in case you need it later.
3.**Fax** your completed appeal form and any supporting documents to 303-318-9014.

| | |
|---|---|
| 1. Who is appealing this decision?<br>☐    Claimant      ☐    Employer | 2. Will you be represented at the hearing by a lawyer, union business agent, or anyone else?<br>☐   Yes       ☐   No<br>If **Yes**, write the person's name, address, and telephone number: |
| 3. Do you need an interpreter?<br>☐   Yes       ☐   No<br>If **Yes**, for what language?<br><br>You will not be charged for the service. | 4. Do you know if anyone else taking part in the appeal needs an interpreter?<br>☐   Yes       ☐   No<br>If **Yes**, for what language?<br><br>You will not be charged for the service. |
| 5. Has your address changed?<br>☐   Yes       ☐   No<br>If **Yes**, write your new address: | 6. If there is an employer's name and address on the Notice of Determination, write the address where you worked if it is not the same address. |
| 7. Explain the reasons you disagree with the decision. Provide as many details as possible. If you do not explain those reasons here, you may not be allowed to talk about them during the hearing. You may provide additional sheets of paper. ||
| The information provided is true, correct, and complete to the best of my knowledge. I understand there are severe penalties, including fines and jail, for not telling the truth. ||
| Signature of the Person Appealing | Date |

**Once we process your appeal, we will send you more information.** We send you a letter with instructions and the date and time of your hearing. We also send you copies of the available information we used to make this decision, which may include what other parties told

If the hearing officer determines that you do not have good cause for the late appeal, the hearing will be dismissed, and the deputy's original decision will become final.

IMPORTANTE: Este documento afecta su elegibilidad para recibir beneficios de Seguro de Desempleo. Si usted no entiende este documento, llame inmediatamente a la línea de servicio al cliente del Departamento de Trabajo y Empleo de Colorado al 1-800-388-5515.

us. At the hearing, you can talk only about topics you have already told us about in this unemployment claim. If you want to talk about other topics related to the decision you are appealing, you must provide those topics, in writing, to us, and the other party before the hearing. The letter gives you more instructions and information.

**Late Appeals:** A written appeal received after the 20-calendar day deadline from the **Date Mailed** on the front of this form is late. If you file your appeal late, send a detailed explanation of why your appeal is late. The Appeals Section will send you a hearing notice with a date and time for a hearing. At the hearing, the other party may object to the late appeal. You must explain in detail the reasons you filed the appeal late (this is called showing good cause).

In the event that your appeal is received more than **180 days** late, a hearing will not be scheduled, the appeal will be dismissed, and the deputy's decision will become final.

**Claimant:** You must continue to request payment every week. If you received unemployment benefits based on a decision that gets changed, you may have to pay back the benefits you received.

If you file an appeal, a hearing will be scheduled. If you fail to attend your hearing, you will lose your right to appeal and you will be required to show good cause for not attending in order for your appeal rights to be reinstated.

---

79890659                                   An Equal Opportunity Employer                                   Page 4 of 4

IMPORTANTE: Este documento afecta su elegibilidad para recibir beneficios de Seguro de Desempleo. Si usted no entiende este documento, llame inmediatamente a la línea de servicio al cliente del Departamento de Trabajo y Empleo de Colorado al 1-800-388-5515.

## English

**IMPORTANT!** This document(s) contains important information about your unemployment compensation rights, responsibilities and/or benefits. It is critical that you understand the information in this document. If there is a due date on the form, please respond by that date.

**IMMEDIATELY:** If needed, call Denver Metro 303-318-9000 or Toll-Free 1-800-388-5515 for assistance in the translation and understanding of the information in the document(s) you have received.

## Spanish

**IMPORTANTE:** Este documento contiene información importante sobre sus derechos, obligaciones y/o beneficios de compensación por desempleo. Es muy importante que usted entienda la información en este documento. Responda antes de la fecha límite que se indica en el documento, responda antes de la misma.

**DE INMEDIATO:** Si necesita asistencia para traducir y entender la información en el documento que recibió, llame a Denver Metro al 303-318-9333 o, sin costo, al 1-866-422-0402.

## Amharic

አስፈላጊ! ይህ ሰነድ ስለ ስራአጥነት ካሳ መብት፣ ሀላፊነትና/ወይ ጥቅም አስፈላጊ መረጃ ያካተተ ነው። በዚህ ሰነድ ውስጥያለውን መረጃ መረዳ እጅግ አስፈላጊ ነው። በዚህ ቅፅ ላይ የመጫረሻ ቀን ከተቀመጠ፣ እባክዎትን እስከ ተጠቀሰው ቀን ምላሽይስጡ።

በአስቸኳይ: አስፈላጊ ከሆነ፣ ትርጉም ላይ ድጋፍ ለማግኘትና ይህ የደረሶትን ሰነድ ውስጥ ያለውን መረጃ ለመረዳት ድጋፍ ለማግኘትወደ ዴንቨር ሜትሮ በ 303-318-9000 ወይ በነፃ መስመር 1-800-388-5515 ይደውሉ።

## Arabic

**مهم!** تحتوي هذه الوثيقة (الوثائق) على معلومات مهمة تخص حقوقك في تعويض البطالة و/أو مسؤولياتك و/أو مزاياك. من المهم أن تفهم المعلومات الواردة في هذه الوثيقة. إذا كان هناك تاريخ مقرر في النموذج، فيرجى الرد بحلول ذلك التاريخ.

**فورًا:** إذا لزم الأمر، اتصل بدينيفر ميترو (Denver Metro) على الرقم 303-318-9000 أو الرقم المجاني 1-800-388-5155 للمساعدة في ترجمة وفهم المعلومات الواردة في الوثيقة (الوثائق) التي تلقيتها.

## Chinese

重要事项 ！ 本文件包含有关失业补助权利、责任和/或福利的重要信息。请确保自己理解本文件中的内容。如果表格上标明截止日期 ，请在相应日期前回复。

立即进行：如有需要，请致电 Denver Metro 303-318-9000 ，或拨打免费电话 1-800-388-5515，以 便获得翻译服务 ，并帮助自己了解已经收到的文件内容。

### Korean

중요 사항**!** 본 문건에는 귀하의 실업수당을 지급받을 권리, 책임이나 혜택에 관한 중요한 정보가담겨 있습니다. 본 문건의 정보를 이해하는 것이 매우 중요합니다. 본 양식에 만기 일자가 있을경우, 해당 일자까지 응답하시기 바랍니다.

즉시**:** 필요할 경우, Denver Metro 303-318-9000 또는 무료 전화 1-800-388-5515를 이용, 통/번역 및 받은 문건의 정보를 이해하는 데 도움을 받으십시오.

### Vietnamese

**QUAN TRỌNG!** (Các) tài liệu này chứa thông tin quan trọng về các quyền nhận bồi thường thất nghiệp, trách nhiệm và/hoặc quyền lợi của quý vị. Điều vô cùng quan trọng là quý vị phải hiểu thông tin trong tài liệu này. Nếu có ngày đến hạn trong mẫu đơn, hãy trả lời trước ngày đó.

**NGAY LẬP TỨC:** Nếu cần, hãy gọi cho Denver Metro 303-318-9000 hoặc số Miễn Cước 1-800-388-5515 để được trợ giúp dịch và hiểu thông tin trong (các) tài liệu mà quý vị đã nhận được.

# Courtesy Check — Inspect All Items In Top Section

Year **20** Make **Jeep Wrangler** Model **Unlim Sahara**

ENG. SIZE: ___  ☐ EV/Hybrid  ☐ DIESEL  ☐ WARNING LIGHT  ☒ Auto
☐ OHV  ☐ SOHC  ☐ DOHC  ☐ TURBO/SC                        ☐ Manual

VIN **file**

☐ Wheel Components Missing   ☐ Windshield Cracked   ☒ Scratches/Dents

WO# **95472**    MILEAGE: **99815**    Lic. # **DWER37 CO**    State Inspection Due Month **7** Year **24**

## Maintenance Services / Starting

| Inspect | OK | SUG | REQ | Sched. Maint. | Why Recommended |
|---|---|---|---|---|---|
| Wiper Blades | ✓ | | | | ☐ Front  ☐ Rear |
| Head Lights | ✓ | | | | |
| Mini Lights | ✓ | | | | ☐ Brake  ☐ Turn Signal  ☐ License Plate  ☐ Parking |
| Air Filter | | 3 | | | |
| Cabin Air Filter | | 3 | | | |
| PCV Valve | | 3 | | | |
| Washer Fluid | ✓ | | | | Filled |
| Oil Level | ✓ | | | | full, clean |
| Power Str. Fluid Level | ✓ | | | | ☐ Electronic Steering |
| Master Cyl. Fluid Level | ✓ | | | | ☐ Brake Inspection |
| Brake Fluid Exchange | ✓ | | | | 0  10  30  100  200  300  Copper parts per million |
| Trans. Service Auto / Manual | | | | | ☐ Exchange  ☐ Pan Service |
| Coolant Level / Exchange | ✓ | | | | Type _Too hot to test_ |
| Coolant Hoses | ✓ | | | | ☐ Upper  ☐ Lower  ☐ Bypass  ☐ Heater |
| Belts ☐"V" ☐ Serp | ✓ | | | | ☐ ALT  ☐ PS  Belts  ☐ A/C  ☐ AP  1 2 3 4 |
| Battery ED-18 Test | ✓ | | | | ☐ Good  ☐ Good Retest Soon  ☐ Replace |
| Battery Accessories | ✓ | | | | ☐ Cable Ends / Cables  ☐ Pos ☐ Neg  ☐ Hold Downs |
| Battery Guard | | | | | ☐ Corrosion  ☐ Preventive |

## Tires and Tire Maintenance

Tire Size:  F ___  **10 PR**  Speed/Load Range  **121QR**  Run Flat Y N
R **35 x 2.50 R17 LT**      TPMS  Y N

| Inspect | OK | SUG | REQ | Outer | Middle | Inner | | |
|---|---|---|---|---|---|---|---|---|
| **Left Front** PSI In: 39  PSI Out: | N | | | 19 | 18 | 18 | ☐ Edgewear ☐ Cupping ☐ Cuts ☐ Irregularity | ☐ Cracking ☐ Nails ☐ Repairable ☐ Non-Repairable |
| **Right Front** PSI In: 38  PSI Out: | ✓ | | | 18 | 18 | 18 | ☐ Edgewear ☐ Cupping ☐ Cuts ☐ Irregularity | ☐ Cracking ☐ Nails ☐ Repairable ☐ Non-Repairable |
| **Right Rear** PSI In: 37  PSI Out: | ✓ | | | 18 | 18 | 18 | ☐ Edgewear ☐ Cupping ☐ Cuts ☐ Irregularity | ☐ Cracking ☐ Nails ☐ Repairable ☐ Non-Repairable |
| **Left Rear** PSI In: 36  PSI Out: | ✓ | | | 18 | 18 | 8 | ☐ Edgewear ☐ Cupping ☐ Cuts ☐ Irregularity | ☐ Cracking ☐ Nails ☐ Repairable ☐ Non-Repairable |
| **Spare** PSI In: 36  PSI Out: | | | | 18 | 18 | 19 | ☐ Edgewear ☐ Cupping ☐ Cuts ☐ Irregularity | ☐ Cracking ☐ Nails ☐ Repairable ☐ Non-Repairable |
| Tire Maintenance | | | | ☐ Rotation  ☐ Balance | | | | |
| Alignment Check | | | | ☐ Maintenance  ☐ Tire Wear  ☐ ADAS Equipped | | | | |
| Complete Vehicle Inspection | | | | Why _Sticker - 38 = 41_ | | | | |

☐ FWD  ☐ RWD  ☐ 4WD/AWD

# Complete Vehicle Inspection — In Addition to The Above Inspect All Items Below

## Maintenance Services / Starting

| Inspect | OK | SUG | REQ | Sched. Maint. | Why Recommended |
|---|---|---|---|---|---|
| Start / Charge Test | | | | | |
| Belt Tensioner | ✓ | | | | |
| Spark Plugs | | 3 | | | |
| Fuel Filter | | 3 | | | |
| Fuel System Service | | 3 | | | |
| Ignition Wires | | 3 | | | |
| Valve Cover Gasket | ✓ | | | | |
| Power Steering Hose | ✓ | | | | ☐ Pressure  ☐ Return |
| Timing Belt | | 3 | | | |
| Transfer Case/Differential Fluid Exchange | | 3 | | | ☐ Transfer Case  ☐ Front Diff  ☐ Rear Diff |

### Exhaust

| Exhaust System | ✓ | | | |
|---|---|---|---|---|

### Steering and Suspension

| Inspect | OK | SUG | REQ | | |
|---|---|---|---|---|---|
| U-Joint | ✓ | | | ☐ Front  ☐ Rear | |
| Idler/Pitman Arm | ✓ | | | ☐ Idler  ☐ Pitman | |
| Center Link | ✓ | | | | |
| Bushings | ✓ | | | ☐ Control Arm  ☐ Sway Bar  ☐ Front/Rear | |
| Link Pins | ✓ | | | ☐ Front/Rear  ☐ Left/Left  ☐ Right/Right | |
| Tie Rod Ends | ✓ | | | ☐ L Out  ☐ L In  ☐ R In  ☐ R Out  ☐ Sleeve(s) | |
| Ball Joints | ✓ | | | ☐ L Upper  ☐ R Upper  ☐ L Lower  ☐ R Lower  Spec __ Actual __ | |
| Rack & Pinion Assembly | | | | _wh_ | |
| CV Boots/Joints | ✓ | | | ☐ Front ☐ Left ☐ Right  ☐ Rear ☐ Left ☐ Right | |
| Wheel Bearings | ✓ | | | ☐ Front ☐ Left ☐ Right  ☐ Rear ☐ Left ☐ Right | |
| Struts | ✓ | | | ☐ Front ☐ Left ☐ Right  ☐ Rear ☐ Left ☐ Right  ☐ Mounts | |
| Shocks | ✓ | | | ☐ Front ☐ Left ☐ Right  ☐ Rear ☐ Left ☐ Right | |

## Brakes

ABS  ☐ YES  ☐ NO

DOCUMENT OE SPECIFICATIONS & VEHICLE'S ACTUAL MEASUREMENTS BELOW

Braking components are above minimum OE specifications

Braking components are worn close to minimum OE specifications

Braking components are worn to, or below, minimum OE specifications

| LF Pad | LF Rotor | RF Rotor | RF Pad |
|---|---|---|---|
| ✓ 12/12  MM Actual __  MM Spec. __ | Actual Meas. 17010  Machine To __  Discard At __ | Actual Meas. 11110  Machine To __  Discard At __ | 12/12 ✓  MM Actual __  MM Spec. __ |
| LR Pad / Shoe | Drum LR / Rotor | Drum RR / Rotor | RR Pad / Shoe |
| ✓ 8/8  MM Actual __  MM Spec. __ | Actual Meas. 06/10  Machine To __  Discard At __ | Actual Meas. 05950  Machine To __  Discard At __ | 9/8 ✓  MM Actual __  MM Spec. __ |

| Rear Clean / Adj | |
|---|---|
| Brake Hose(s) | |
| Parking Cables | |
| Other Brake Services | Hardware   Caliper   Wheel Cylinder   Repack |

Notes: _PSI keep @ 41_

_PSI keep @ 41_

| OK *Checked & acceptable | Repair / Replacement Suggested 1) Close to end of useful life 2) Address customer request / need / convenience 3) Comply with manufacturer recommendation 4) Technician recommendation from experience | Repair / Replacement Required A) No longer performs intended purpose B) Does not meet design specification C) Missing |
|---|---|---|

STEP 5 _ML_    INSPECTED BY ___    STEP 7 ___    RE-INSPECTED BY ___

| WHEEL LUG NUTS Where wheels are removed and replaced. I certify that all lug nuts are securely tightened and torqued to specifications. TORQUE SPECS. F **110** R **15** | Employ. Initials | Check Initials **10** | BRAKE WORK When inspection is made or work is done, I certify that wheel bearings and/or caliper hardware are properly torqued and brake hoses secured. | Employ. Initials | Check Initials | FLUID AND FILTER CHANGE When fluid and/or filter are changed, I certify that plug/nuts and filter are tight and that fluid is added. | Employ. Initials | Check Initials | SERVICED BY | SAFE LIFT INITIALS **MJ** **GS** NO LIFT |
|---|---|---|---|---|---|---|---|---|---|---|

WORK ORDER INSPECTION FORM - 7013671  Part #2  Rev 12/19

Coolant



06/05/2023
Mark OBrien
mark@obrimail.com
7209885158

Dear Mark,

It is my privilege and pleasure to extend to you an offer for the following position.

* Position Title:Automotive Technician
* Location:  795272 Parker
  13055 Copperhead Trail
  Parker, Colorado, 80134
* Flat Rate Compensation: $19.00
* Position Type: Full time
* Tentative Start Date: 06/19/2023

You will be eligible to participate in company benefit programs applicable to your position in accordance with respective plan terms, currently including paid time off (prorated based on hire date) and opportunity to participate in a 401(k) retirement plan; and medical, dental, vision and life insurance programs.

Your employment will be conditional upon successful completion of our pre-employment screening. Additionally, your employment will be conditional upon presentation of evidence of employment eligibility under the Immigration Reform & Control Act of 1986.

Mark, we believe there is a strong match between your skills and abilities and this position. We look forward to your acceptance of this offer. Please indicate your acceptance by 06/08/2023. If you have any questions, please feel free to reach out.

Regards,

Golnar Adhami [C], Sushma Sunkesulu [C], Tristan Billingsley [C]
Wilson Recruiter
BSA - Human Resources

**COLORADO**
**Department of**
**Labor and Employment**

**Division of Labor Standards and Statistics**
633 17th Street, Denver, CO 80202-2107
303-318-8441 | www.ColoradoLaborLaw.gov | www.LeyesLaboralesDeColorado.gov

# Labor Standards Complaint Form

This is the Colorado Division of Labor Standards and Statistics' complaint form. This form can be used for claims for unpaid wages; rest, meal, and sick leave not provided or not paid; agricultural labor rights violations; and certain types of retaliation. The Division's process is a free service available to employees, regardless of immigration status, who do not have an ongoing claim in court.

If you have documents to support your claim, please include them with this form when you submit it. Examples of helpful documents include pay statements, texts and emails to the employer, time cards, handbooks, agreements, etc.

Please be aware this process will take several months to complete, and it may be some time before the Division contacts you. The Division will contact you when we start our review of your complaint.

For more information about the laws enforced by the Division, the Division's complaint process, or for other questions, you can contact the Division by phone at 303-318-8441 or 1-888-390-7936 (toll free). Our call center hours of operation are Monday, Wednesday, Friday 9:00 am to 4:00 pm, and Tuesday, Thursday 9:00 am to 1:00 pm. You may also visit our website at www.coloradolaborlaw.gov or email cdle_labor_standards@state.co.us. The Division's mailing address is 633 17th Street Denver, Colorado 80202-2107.

## Type(s) of Complaints

Please review the following Claim Types before selecting and adding all those that apply to your Claim. For further information about the laws over which the Division has authority, go to www.coloradolaborlaw.gov.

Use the descriptions below to help you decide what type of complaint you should file. In the sections that follow, for each Claim Type(s) and subtype(s) that you select, you will be asked to provide additional information.

| Monetary |
|---|
| <ul><li>Final Wages Not Paid: You no longer work for the employer, and have not been paid all final wages owed.</li><li>Wages for Work Performed Not Paid: You were paid for some, but not all of the work that you performed for the employer, and your wages were owed before your most recent paycheck.</li><li>Overtime Not Paid: You are entitled to overtime, but were not paid the correct overtime rate of pay.</li><li>Minimum Wage Not Paid: You are entitled to the minimum wage, but did not receive the minimum wage for time worked.</li><li>Meal Periods Worked, Not Paid: You worked through a meal period, but the employer did not count the time worked in the total number of hours worked.</li><li>Rest Periods Not Provided: You were not given your required breaks/rest periods.</li><li>Commission Not Paid: Your commissions were not paid as you agreed with the employer.</li><li>Bonus Not Paid: Your earned bonus was not paid as you agreed with the employer.</li><li>Vacation Pay/PTO Upon Separation Not Paid: You have earned, unused vacation pay/PTO that the employer did not pay you when you left employment.</li><li>Deductions not Permitted by Law: The employer made deductions from your wages not permitted by law.</li><li>Bounced Paycheck: Your paycheck from the employer was not honored by the bank.</li><li>Tips Not Paid: Tips belonging to you were not paid, were shared with others who should not receive tips, or the employer kept a portion without following the requirements of the law.</li><li>Sick Pay: You took time off of work for reasons allowed under HFWA, and you were not paid for that time.</li><li>Other Unpaid Wages.</li><li>Wage claims (of any of the above types) that you file for yourself and on behalf of other employees with a similar claim against the same employer.</li></ul> |
| **Agricultural Labor Conditions** |
| <ul><li>Heat Rules: The employer did not follow heat rules about shade, water, or rest on a hot day, or rules about training, heat safety plans, or fans during a hot year. Most rules apply when it is 80°F or more that day or that year, but more rules apply during some work (e.g., at 95°F or during your first 4 days of work). See INFO #12C.</li><li>Service Providers, Visitors, Transportation Access: The employer did not let you see a service provider (e.g., a</li></ul> |

Colorado Division of Labor Standards and Statistics | 633 17th Street, Denver, CO 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400 | Email: cdle_labor_standards@state.co.us

Jan. 2023                    Labor Standards Complaint Form                    Page 1

doctor, promotora, lawyer, teacher, religious leader), did not let you see a visitor (if you live in the employer's housing), did not provide you with transportation to town, did not give you a message left for you, or did not give you a break to talk to or see a service provider during a long week. See INFO #12B. If you are a service provider not given access to employees, select this option.

- Tool Use, Hand-Weeding/Hand-Thinning: The employer made you use a short-handled hoe, made you do hand-weeding or use a short-handled tool that is not allowed, or did not give you gloves and knee pads for hand-weeding. See INFO #12C.
- Public Health Emergency Rights: During a public health emergency, there was not enough space in the housing provided by the employer, the employer did not give you safety training, or the employer did not give you information about safety advice during the emergency. See INFO #12C and #12D.

**Retaliation and Interference Claims**

- Agricultural Labor Rights: you were retaliated against for using rights or protections for agricultural workers (such as service provider access, housing requirements, or limits on certain tool use), or making a complaint about or helping with an investigation related to those rights; or were prevented from using those rights. See INFOs #12-12D for more information.
- Healthy Families and Workplace Act (HFWA): you were retaliated against for using or trying to use or defend rights to sick leave, telling another employee about or helping them use sick leave, or making a complaint about or helping with an investigation related to these rights; or were prevented from using those rights. See INFO #6B for more information.
- Protected Health/Safety Expression and Whistleblowing (PHEW) Law: at the workplace, you were retaliated against for wearing your own personal protection equipment, raising a concern about a health and safety threat or law not being followed, or making a complaint about or helping with an investigation related to these rights; or were prevented from using those rights. See INFO #5 for more information.
- Wages: you were retaliated against for making or filing a wage complaint about or helping with an investigation.
- Other: you were retaliated against for using or defending rights or protections under a law enforced by the Division not covered above.

**Non-Monetary**

- Wages Paid But Not Timely: The employer has now paid wages, but the wages were not paid on the regular paydays or as required by law.
- Itemized Pay Statement Not Provided: The employer did not provide itemized pay statements as required by law.
- Meal Period Violations: You are not permitted meal periods as required by law.
- Other Non-Monetary Claim.

**Documents to Include**

IMPORTANT! Please include copies of all documents you have that will help the Division understand your complaint when you submit it. Do NOT submit originals. These might include:

- Pay Statements
- Emails or Text Messages with the Business About the Issue
- Complaints You Made to the Business About the Issue
- Employment Handbooks or Policies
- Any Signed Agreements
- Written Commission Agreement
- Any other files that are relevant to the Claim

**Please complete all fields marked with an asterisk (*) that are relevant to your claim(s). You do not need to fill out, or print, Sections that do not relate to your complaint. Don't forget to include your signature on page 25.**

Note: Screen reader support enabled for this form.

Colorado Division of Labor Standards and Statistics | 633 17th Street, Denver, CO 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400 | Email: cdle_labor_standards@state.co.us

Jan. 2023                          Labor Standards Complaint Form                          Page 2

| Section A: Claimant Information *(Please fill in this information about the person with the claim.)* |||
|---|---|---|
| ☑Mr. ☐Mx.<br>☐Ms. ☐Ind. | First Name*<br><br>Mark | Last Name*<br><br>O'Brien |
| Email<br><br> |||
| Phone<br>(720) 988-5158 || Phone 2<br><br> |
| Is it okay for the Division to send text messages?* ☑Yes ☐No || If yes, to what cell phone number?*<br>(720) 988-5158 |
| Mailing Address (Street/PO Box) *(This is the address where mail is sent to you. Sometimes this is different than the physical address where you live.)* |||
| City<br>19271 Cottonwood Dr # S1622   Parker, CO 80138 | State | Zip Code<br>80138 |
| What language do you prefer to use?*     ☑English     ☐Spanish     ☐Other |||
| If "Other," do you need an interpreter?*     ☐Yes   ☐No<br>If yes, please list the language needed*: || How would you like to receive written communications from the Division?<br>☐Mail  ☑Email     ☐Both |

| Section B:  Authorized Representative *(If you do not have an authorized representative, please skip to Section C.)* |||
|---|---|---|
| You can choose to have someone called an "Authorized Representative" help you with your claim. This could be an attorney, a relative or friend, an organization, or anyone else who you want to help you file the claim, answer questions from the Division during the investigation, or make decisions about the claim. By having and authorizing a representative, you are allowing 1) the Division to request or share information and documents about this claim to the representative; 2) the representative to share information and documents to the Division; and 3) the representative to make decisions for you about this claim.<br><br>Add as many Authorized Representatives as you need to help you with this claim. To add additional Authorized Representative(s), please print and complete additional copies of Section B (page 3) of this form. |||
| ☐Mr. ☐Mx.<br>☐Ms. ☐Ind. | First Name* | Last Name* |
| Name of Organization || Authorized Representative Relationship |
| Phone || Phone 2 |
| Email || Fax Number |
| Mailing Address (Street/PO Box)<br><br> |||
| Mailing City | Mailing State | Mailing Zip Code |
| By adding this Authorized Representative, I have read and understood the conditions under the Authorized Representative section of this form and authorize the Division to interact with the individual/organization listed as my authorized representative.*                    ☐I agree and allow this person to be my Authorized Representative.* |||

Colorado Division of Labor Standards and Statistics | 633 17th Street, Denver, CO 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400 | Email: cdle_labor_standards@state.co.us

Jan. 2023                              Labor Standards Complaint Form                              Page 3

| Section C: Employer Information *(To add multiple employers to your claim, please print and complete additional copies of Section C (page 4).)* | | | |
|---|---|---|---|
| Name of Business or Employer*<br>Bridgestone Firestone complete Auto care | | Business Type: What does the employer do or sell?*<br>They sell tires | |
| Business Mailing Address (often found on pay statements or paychecks)<br>BRIDGESTONE RETAIL OPERATIONS, LLC. 200 4th Ave. South Nashville , TN 37201 | | | |
| Mailing City | | Mailing State | Mailing Zip |
| First Name of Person In Charge<br>I dont know.  But my manager was Pat MacGonagal | | Last Name of Person In Charge | |
| Is the company still in business?<br>☑Yes   ☐No   ☐I don't know | | Total Number of Employees (if known)<br>Many | Total Number of Contractors (if known) |

**Worksite Address**

| Address where you worked (if different from employer's mailing address)<br>13055 Copperhead Trl, Parker, CO 80134 | | |
|---|---|---|
| Worksite City | Worksite State | Worksite Zip Code |

**Employer Phone and Email Addresses**

| Phone | Phone Type<br>☐Work   ☐Daytime   ☐Cell   ☐Alternate   ☐Other |
|---|---|
| Phone 2 | Phone 2 Type<br>☐Work   ☐Daytime   ☐Cell   ☐Alternate   ☐Other |
| Email | Email Type |
| Email 2 | Email 2 Type |

| Section D: Individual Liability (People Who Control the Business) Responsible for Your Complaint *(If you are not filing a complaint against an individual in addition to a business, please skip to Section E.)* |
|---|
| A worker can file complaints against businesses as well as against people with enough control over the businesses<br>Control can be:<br>     1) did the person have the power to fire you, and hire a replacement?<br>     2) did the person create your work schedule?<br>     3) did the person set your pay rate?<br>     4) did the person keep your employment records? and/or<br>     5) did the person have the power to make financial decisions for the business?<br><br>If you believe a person has enough control, the Division can add them to the investigation and determine whether the business and the person are both responsible for your complaint. To add additional individuals, please print and complete additional copies of Section D (pages 4-5) of this form.<br>    ☐I would like the business and this person to be named in the investigation. |

| First Name* | Last Name* |
|---|---|
| | |

Colorado Division of Labor Standards and Statistics | 633 17th Street, Denver, CO 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400 | Email: cdle_labor_standards@state.co.us

Jan. 2023                    Labor Standards Complaint Form                    Page 4

| Title | Role* |
|---|---|

| Mailing Address | | |
|---|---|---|

| City | State | Zip Code |
|---|---|---|

| Phone | Email |
|---|---|

| **Section E: Employment Information** |
|---|

An agricultural worker performs farming services or activities, including harvesting or growing crops, caring for livestock or poultry, and packing or preparing crops for market; or who works on a farm (or for a farmer) doing work related to the farm's operations.

Are you an agricultural worker, or does this complaint relate to an agricultural worker?*
☐ Yes   ☐ No   ☐ I need help answering

If "yes," what is your relationship to the employee(s)/worker(s)?*
☐ Self   ☐ Service Provider   ☐ Whistleblower   ☐ Other (e.g., Family, Care/Support Provider, Co-Worker)

| If "other," please describe your relationship to the employee(s)/worker(s). | Job Title/Position*<br><br>Tire tech I |
|---|---|

Does the employer say you are an independent contractor, or did you receive a tax form 1099?*
☐ Yes   ☐ No   ☐ I don't know

Describe what you did for the employer.*

Tire Tech I.  Performing all tire duties, oil changes, inspections independently

| Date you started working for the employer*<br>6/24/2023 | Are you still working for the employer?*   ☐ Yes   ☑ No |
|---|---|

| If no, reason for separation*<br><br>☐ Terminated/Laid Off   ☑ Quit/Retired   ☐ Other: | If no, last date worked*<br><br>8/18/2023 |
|---|---|

| **Section F: Payment Information** |
|---|

| Current or Final Rate of Pay<br>unknown but payroll switched me from hourly to "flag rate" | My pay rate is per:<br>☐ Day   ☐ Month   ☐ Twice per month<br>☐ Every other week   ☐ Other (explain)   ☑ Week<br>☐ Hour   ☐ Piece   ☐ Year | If "other," Other Rate Type |
|---|---|---|

How often were you paid? *(Note: "Every other week" and "Twice per month" are not the same. Please call the Division if you have questions. If "Other Rate" is selected, please enter description in the field below.)*

☐ Daily   ☐ Every other week   ☐ Monthly   ☐ Other (explain)   ☐ Twice per month   ☑ Weekly

Colorado Division of Labor Standards and Statistics | 633 17th Street, Denver, CO 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400 | Email: cdle_labor_standards@state.co.us

Jan. 2023                          Labor Standards Complaint Form                          Page 5

| If "other," please explain how often you are/were paid by your employer.* |
| --- |
| |

| Were you paid bonuses, commissions, or tips? ☐ Yes ☑ No | Employer's Set Workweek *("Workweek" means any consecutive set period of 168 hours (7 days) starting with the same calendar day and hour each week.)* ☑ Monday to Sunday ☐ Thursday to Wednesday ☐ Sunday to Saturday ☐ Tuesday to Monday ☐ Friday to Thursday ☐ Unknown ☐ Wednesday to Tuesday ☐ Saturday to Friday |
| --- | --- |

| How many days do/did you usually work during a workweek?* 5 | How many hours do/did you usually work during a workday?* 8-10 | Date of most recent paycheck that you received *(include copy if available)* 8/18/23 | Have you filed a complaint or case in court?* ☐ Yes ☐ No |
| --- | --- | --- | --- |

| **Complaint Filed** (*If you have NOT filed a complaint or case in court, please skip to Section G.*) |
| --- |

| If "yes," on what date did you file the complaint or case in court?* | In what state did you file a complaint or case in court?* | What was the result of the complaint or case you filed in court?* |
| --- | --- | --- |
| | | |

| **Section G: Type(s) of Complaint** |
| --- |
| **Step 1: Select one or more Claim Type(s)*** *(See pages 1-2 for more information)* |
| ☑ Monetary    ☐ Agricultural Labor Conditions    ☐ Retaliation and Interference Claims    ☐ Non-Monetary |
| **Step 2: Select sub-types for every claim type you selected*** |
| Monetary Claim Types *(Select all that apply)*: ☑ Final Wages Not Paid  ☐ Meal Periods Worked, Not Paid  ☐ Bonus Not Paid  ☐ Bounced Paycheck  ☑ Wages for Work Performed Not Paid  ☐ Rest Period Not Provided  ☐ Vacation Pay/PTO Upon Separation Not Paid  ☐ Tips Not Paid  ☑ Overtime Not Paid  ☐ Commission Not Paid  ☐ Deductions Not Permitted by Law  ☐ Sick Pay  ☐ Minimum Wage Not Paid  ☐ Other Unpaid Wages |
| Agricultural Labor Conditions Claim Types *(Select all that apply)*: ☐ Heat Safety Rules  ☐ Tool Use, Hand-Weeding/Hand-Thinning  ☐ Access to Service Providers, Visitors, Transportation, or Housing  ☐ Public Health Emergency Rights in Agriculture |
| Retaliation and Interference Claim Types *(Select all that apply)*: ☐ Agricultural Labor Rights    ☐ HFWA    ☐ PHEW    ☐ Wages    ☐ Other |
| Non-Monetary Claim Types *(Select all that apply)*: ☐ Wages Paid But Not Timely  ☐ Meal Period Violations  ☐ Itemized Pay Statement Not Provided  ☐ Other Non-Monetary Claim |
| **Claim Forms Location(s)** |
| Please go to the following sections for your Claim Type(s) selected:* Monetary Claim(s) are located in Section H through Section J (pages 7-11) Agricultural Labor Condition Claim(s) are located in Section  K (pages 12 -13) Retaliation and Interference Claim(s) are located in Section L through Section P (pages 14-22) Non-Monetary Claim(s) are located in Section Q (page 23) Additional details about your claim (all claim types) can be added in Section R (page 24) **\*Signature required to file your claim (all claim types) is located in Section S (page 25)** |

Colorado Division of Labor Standards and Statistics | 633 17th Street, Denver, CO 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400 | Email: cdle_labor_standards@state.co.us

**Section H: Monetary Claim Type** *(Please fill out this section ONLY if you have selected a Monetary Claim Type. Fill out a description for EACH sub-type of Monetary Claim Type you selected. If you do NOT have a Monetary Claim Type, please skip to Section K.)*

**Monetary Claims Details**

Please provide information about your Monetary Claim(s)*

I started at the Parker stroh ranch Firestone on June 24th with the understanding that I would be paid $19 an hour. This is the rate that Patrick said I would be getting when I went in to talk to him 2 weeks before I started. This rate is what my paychecks showed up until about 2 and 1/2 Weeks ago. At that time on my paychecks, a phrase flag rate started to show up. I had no idea what that meant. And I was not being paid for the hours that I was in the shop I was only getting paid for about maybe half of my hours that I was in the shop. I was not consented about this I was not made aware by anyone in writing or in verbally. This just happened without my knowledge or permission or authorization.

When Patrick McGonagall my manager and I talked at first about the job it would be just a basic tire tech one job where I would be doing vehicle inspections both the basic and the complete, changing tires and changing oil.

I worked very hard at my job and put in a lot of extra hours cleaning the shop up taking dead tires to the back, sweeping, taking the garbage out, and a lot of other things that need to be done around the shop when we weren't busy. I tried to show Patrick that I was a hard worker. I got along with my coworkers well.

I was trained by a young man named Gabe who's probably 21. Gabe showed me how to do all of the tire tech stuff and fill out the courtesy check forms and do the complete vehicle checks. I was pretty surprised when we skipped a lot of the checkboxes though. He said we had to go fast because that's what the company wants. He kept telling me when I asked him about those skipped boxes all we don't have to do that. But when I asked Patrick on my own later Patrick said yes we do have to do this or that part of the vehicle inspection. So there seems to be no agreement on what really is required.

Eventually I started to do my work on my own and Gabe started to do his work on his own. About 2 or 3 weeks into my job one of our sales reps named Ben who is about 20 years old started telling me I had to go faster and threatening me that I could lose my job. I didn't take these threats seriously because I talked to Patrick and he said that Ben has a problem of shooting off his mouth.

There were some processes that Patrick and Jeff our other master technician showed me to cut some time off. But still do the right job. Jeff has been at Firestone for 22 years and can take his time but I can't do that they said because Jeff has earned that right to go slow. So Patrick told me some of the things that I was not able to do that Jeff told me to do. Jeff used to be a trainer and a manager and he was telling me the Firestone way to do things and he did not appreciate that other people in the shop skipped steps and did things the wrong way but he was not in a position to change anything.

I did not feel comfortable about skipping the steps on the vehicle inspections that Gabe does since that is sending a car out back on the road with possible dangerous mechanical problems. He does not check the break and coolant fluids and he also does not take the drum brakes off and check the brake linings. These things are required according to my discussion with patrick. But of course Gabe's time is much faster than mine and they don't complain about him or come to him and tell him to go faster but they do to me. There are a couple other reasons why I can't maybe go as fast as Gabe and I tried to reach out to the company to get help with that. Now Gabe is making much more than I am he told me and if I just cut corners I could too. I do not think that the upper management knows that this shop is doing this kind of shoddy work.

I have some cognitive disabilities and some physical limitations. I've been waiting since August 10th to hear back from HR to try to set up some accommodations but they never got back to me. I also left voicemails on Jeffrey Linnear's voicemail. On the 16th I sent another follow-up email to Jeff from a different email address in case you wasn't getting emails from my main one. I've been contacting HR and payroll for at least 9 days on their portals on the internal website. The answers they're giving me are not answering my questions in any way. I've been asking my manager for 2 and 1/2 Weeks about this. He's the first person I went to.

Going faster also increases injury possibility and I've cut my fingers several times and I have a sprained knee right now from twisting it trying to go faster. My colleagues are all in their twenties and I am 54 and not in as good a shape as I used to be. But my body is responding and I'm getting stronger but they want results immediately which I can't give them since I'm a little new and still learning. And I'm not sure why they want faster right now when we are not a busy shop! And when I do get things to work on personally I believe I do go quite fast with them. But I also have to be thorough but just not too thorough that I spend too much time.

I don't understand why the shop wants me to go so fast because if I take my time and am a little more meticulous and spend more than the 20 minutes for the full inspection and spend more like maybe 40 minutes I can find things that we can sell to the customer which is what we're supposed to be doing. I find nails and tires broken parts under the car and things like that. I write those things down on the vehicle inspection page so that the sales reps in the front like Ben can alert the customer and then sell those parts to them! I think Ben said we have 6 minutes to do the courtesy check and 20 minutes to do the complete vehicle inspection. I don't know where he's getting those numbers. I've never seen them in writing. I know that I cannot inspect your vehicle thoroughly in 6 minutes or completely in 20 especially if I'm looking for nails in your tires and for where leaks are coming from so I can

**Calculation Details**

Explain what amount(s) you believe you are owed and why. Please provide dates, hours worked, amounts earned/paid, and the rate of pay (hourly, salary, bonus, commission, tips) to show your math. If you can't provide an exact amount, please provide an estimate and explain how you estimated that amount.

If you have multiple claims, provide separate amounts and explanations for each type and a single total amount. (e.g. $500.00 in final pay and $500.00 in unpaid overtime = $1,000.00 total amount claimed). Please include any records you have that support your claim or will help the Division understand your claim (e.g., time records, company policies, pay stubs, etc.) when you submit this form.

PLEASE NOTE: The Division cannot accept claims for more than $7,500.00 per employee. If you believe you are owed more than $7,500.00 and you want to move forward, you may only claim $7,500.00 in wages.

Total Amount Claimed* I dont know the exact amount but I think it's around $1000 but probably more

Calculation details* My last three paychecks were flag rate, not hourly. I dont know how to calculate my losses

Calculation Examples

1. I was paid a salary of $1,800.00 twice a month, and I was not paid for my last week and 3 days of work. I am owed $1,329.22 in final wages.

    $1,800.00 bi-monthly salary x 2 = $3,600.00 monthly salary

Colorado Division of Labor Standards and Statistics | 633 17th Street, Denver, CO 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400 | Email: cdle_labor_standards@state.co.us

Jan. 2023                    Labor Standards Complaint Form                    Page 7

$3,600.00 monthly salary x 12 = $43,200.00 annual salary
$43,200.00 annual salary / 52 weeks = $830.77 weekly salary
$830.77 weekly salary / 5 days worked per week = $166.15 daily salary

1 week = $830.77 weekly salary owed for week one
3 days = $166.15 daily salary x 3 days = $498.45 owed for week two
$830.77 + $498.45 = $1,329.22 owed

2. I was not paid properly for my overtime. I am not sure how many hours I worked each week, but my best guess is that I worked on average 45 hours per week and I was only ever paid $15.00 for all hours worked. My first day was July 6, 2020 and I quit on December 4, 2020. I am owed about $825.00 in unpaid overtime.

$15.00 hourly rate x 1.5 = $22.50 overtime rate.

40 hours x $15.00 regular rate = $600.00 regular earned per week
5 hours x $22.50 overtime rate = $112.50 overtime earned per week.

$600.00 + $112.50 = $712.50 total earned per week
$712.50 total earned per week x 22 weeks worked = $15,675.00 total earned

45 hours worked per week x $15.00 paid = $675.00 paid per week
$675.00 paid per week x 22 weeks worked = $14,850.00 total paid

$15,675.00 earned - $14,850.00 paid = $825.00 owed

3. I was not paid my vacation pay when I was fired. My weekly salary was $875.00 and I had 56.2 hours of unused vacation. I am owed $1,229.66 in an unused vacation.

$875.00 weekly salary / 40 average hours worked per week = $21.88 pro-rated hourly rate
$21.88 pro-rated hourly rate x 56.2 unpaid vacation hours = $1,229.66 owed.

## Written Demand for Payment of Wages

You may send a written demand for payment of wages to the employer for owed wages after they are due. If full payment is not made within 14 calendar days after the written demand is sent, the employer may have to pay penalties in addition to owed wages. If you did not send a written demand, the first letter from the Division to the employer is the written demand.

The Division provides a Written Demand for Payment of Wages form on the Division's website that you can choose to use. This can be found at www.coloradolaborlaw.gov, then click on the "Demands, Complaints, Responses, & Settlements" button, and look for the Worker Forms / Formas de Trabajador (Complaints, Demands, Settlements) section. You do not need to use this form to send a demand - a demand can also be a text message, email, or letter to the employer asking for payment of wages, and can be sent on behalf of other employees along with you. Please keep proof of how and when your demand was sent (e.g., mail receipt, email, text message).

## Written Demand Details

Did you, or someone who was helping you, mail, email, text, or deliver a written demand to the employer after you were not paid your wages (or were paid them late)?*    ☐ Yes    ☑ No    ☐ I don't know

| Date Demand Sent to Employer | Address, email, or phone number where your demand was sent or delivered |
| --- | --- |
|  | NA |
| Date of Employer's Response, if any | Employer Reason for Not Paying Wages, if any |
|  |  |

Colorado Division of Labor Standards and Statistics | 633 17th Street, Denver, CO 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400 | Email: cdle_labor_standards@state.co.us

| **Section I: Bonus/Commissions** *(Please fill out this section ONLY if you have selected "Commission Not Paid" or "Bonus Not Paid" as a Monetary Claim Type.)* | | | |
|---|---|---|---|
| **Commission and Bonus Details** | | | |
| Was there a written commission or bonus agreement? *(If so, please include a copy with your complaint.)*\* <br><br> ☐Yes   ☐No | When are commissions and bonuses earned? *(e.g., date of sale, date of delivery, date of payment)?*\* | What was the rate you were paid for your commissions or bonus?\* | If an order or product was returned, canceled, or not acceptable to the customer, was your commission or bonus canceled, reduced, or returned (a "charge back")?\* <br> ☐Yes   ☐No |
| **Commissions Earned and Not Paid** *(Please fill out this section ONLY if you have selected "Commission Not Paid" as a Monetary Claim Type.)* | | | |
| Please provide any available information on commissions you are owed. This could include customer names, invoice numbers, details about any monthly draw, and the amounts that you believe are owed.\* | | | |
| **Bonuses Earned and Not Paid** *(Please fill out this section ONLY if you have selected "Bonus Not Paid" as a Monetary Claim Type.)* | | | |
| Please provide the amounts involved and detail the goals that you believe you met or exceeded to earn the bonuses that you are claiming.\* | | | |

Colorado Division of Labor Standards and Statistics | 633 17th Street, Denver, CO 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400 | Email: cdle_labor_standards@state.co.us

Jan. 2023                          Labor Standards Complaint Form                          Page 9

| Section J: Paid Sick Leave *(Please fill out this section ONLY if you have selected "Paid Sick Leave" as a Monetary Claim Type.)* |
|---|

If your claim is for paid sick leave, please select when you took your sick leave. If your sick leave was taken in both 2020 and 2021 or later, select both options.*

☐ I took sick leave and was not paid in 2020     ☐ I took sick leave and was not paid in 2021 or later

| Sick Leave Taken in 2020 *(Please fill out this section ONLY if you have selected "I took sick leave and was not paid in 2020.")* |
|---|

Until December 31, 2020, most employers in Colorado, regardless of size, were required to provide up to two weeks (80 hours) of paid leave, depending on the number of hours regularly worked by the employee, if the employee:
- Had COVID-19 symptoms and was seeking a medical diagnosis,
- Was told by a government agent (federal, state, or local), or a health provider, to quarantine or isolate due to a risk of COVID-19, or
- Needed to take care of:
  - someone who was told to quarantine or isolate by a medical provider or government agent due to COVID-19, or
  - a child whose school, place of care, or child care was closed or unavailable due to COVID-19.

If you were denied paid leave that was taken in 2020 for one of the reasons above, please complete the questions below.*

What days did you miss work that you were supposed to work?*


Select all that apply:*

☐ I had COVID-19 symptoms and was trying to get tested or waiting for results of a test.

      Dates of COVID symptoms*




      Name of Medical Provider (for example, the doctor or clinic you went to for care).*



☐ I was told by a government agent or agency (federal, state, or local), or a health provider, to quarantine or isolate due to a risk of COVID-19.

      When were you told to quarantine or isolate?*




      What was the name of the medical provider or the government agent or agency who told you to quarantine or isolate?*

Colorado Division of Labor Standards and Statistics | 633 17th Street, Denver, CO 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400 | Email: cdle_labor_standards@state.co.us

Jan. 2023                    Labor Standards Complaint Form                    Page 10

☐ I needed to take care of (1) someone who was told to quarantine or isolate by a medical provider or government agent due to COVID-19, or 2) a child whose school, place of care, or child care was closed or unavailable due to COVID-19.

Who did you ask for leave to care for (for example, your children, your spouse, your parent)?*

What were the dates that you wanted to miss work to care for the individual(s)? Include the first and last date of the leave that you asked to take.*

Describe any proof you gave to your employer regarding the leave you asked to take (including emails, text messages, letters, etc.)? Remember to include a copy when you submit your complaint.*

**Sick Leave Taken in 2021 or Later** *(Please fill out this section ONLY if you have selected "I took sick leave and was not paid in 2021 or later.")*

Beginning January 1, 2021, employees earn 1 hour of paid sick leave for every 30 hours worked, up to 48 hours per year. The employee has a right to use their earned paid sick leave for many reasons.

| Who did you take or ask to take leave for?* | Why did you take or ask for leave? Select from the list below:* |
|---|---|
| ☐ A Family Member<br>☐ Yourself | ☐ Reasons related to COVID-19<br>☐ A mental or physical illness, etc.<br>☐ Getting medical care to prevent or find problems<br>☐ Abuse, assault, or harassment<br>☐ A government agent or agency closed my work or my child's place of care.<br>   *Name of agent or agency (please attach a copy of the order with your complaint):* |

What days did you miss work that you were supposed to work?*

Explain why you needed leave.*

When did you first tell the employer that you needed leave? How did you tell your employer that you needed leave (e.g., text message, in person, email, over the phone)?*

Colorado Division of Labor Standards and Statistics | 633 17th Street, Denver, CO 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400 | Email: cdle_labor_standards@state.co.us

Jan. 2023                          Labor Standards Complaint Form                          Page 11

**Section K: Agricultural Labor Conditions Claim Types** (*Please fill out this section ONLY if you have selected an Agricultural Labor Conditions Claim Type. If you do NOT have an Agricultural Labor Conditions Claim, please skip to Section L.*)

You indicated that the employer violated rules or rights related to agricultural labor conditions under the Agricultural Labor Relations Act (ALRRA), and/or Agricultural Labor Conditions Rules (i.e., heat safety, service provider/visitor/transportation access, tools or hand-weeding/hand-thinning, or public health emergency rights in agriculture).

Please answer the following questions about the rule(s) or right(s) that were violated.

If you are a service provider who was denied access to employees, use this form, and complete relevant questions.

**Heat Safety Rules**

Types of heat rule(s) violated (check all that apply):*

☐ Water
☐ Shade
☐ Rest (including extra rest in increased risk conditions)
☐ Notice of rights in increased risk conditions

☐ Training
☐ Safety plan/procedures
☐ Fans in employer-provided housing
☐ Other

**Access to service providers, visitors, transportation, or housing**

Rule(s) or right(s) violated (check all that apply):*

☐ Service provider access
☐ Visitor access at employer-provided housing
☐ Transportation to services for workers in employer-provided housing
☐ Access to housing
☐ Communication access
☐ 1 hour break to communicate with service provider if 40+ hours worked
☐ 1 hour paid break for service provider access if 60+ hours worked (2 breaks if 70+ hours worked)
☐ Other

**Tool Use or Hand-Weeding/Hand-Thinning**

Rights violated (check all that apply):*

☐ Short-handled hoe use required
☐ Hand-weeding/hand-thinning required
☐ Gloves/knee pads not provided for hand-weeding, hand-thinning,or hand hot-capping
☐ Other

**Public Health Emergency (PHE) Rights in Agriculture**

PHE rule(s) or right(s) violated (check all that apply):*

☐ Square footage in employer-provided housing
☐ PHE guidance materials/Colorado Legal Services contact information not provided
☐ PHE safety training not provided
☐ Other

Colorado Division of Labor Standards and Statistics | 633 17th Street, Denver, CO 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400 | Email: cdle_labor_standards@state.co.us

Jan. 2023                    Labor Standards Complaint Form                    Page 12

| **Agricultural Labor Conditions Claim Description** |
|---|

| Date(s) the violation(s) happened.* | Describe what happened.* |
|---|---|
| | |

| Name(s) and title(s) of person or people who were responsible for the violation(s) |
|---|
| |

| What reason(s), if any, did the employer give for its action(s) or failure to meet the requirements? |
|---|
| |

| Describe what you hope happens because of this complaint (e.g., damages such as back pay for time you were out of work because of the employer's actions, for the employer to stop taking this action against employees)* |
|---|
| |

Colorado Division of Labor Standards and Statistics | 633 17th Street, Denver, CO 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400 | Email: cdle_labor_standards@state.co.us

Jan. 2023                    Labor Standards Complaint Form                    Page 13

| **Section L: Retaliation and Interference Claim Types** *(Please fill out this section ONLY if you selected a Retaliation Claim Type. If you do NOT have a Retaliation Claim, please skip to Section M.)* | |
| --- | --- |
| If you had multiple positions with the business, list your titles and the dates you held the positions | Have you filed a complaint with another government agency (e.g., OSHA, CDPHE, CCRD, EEOC)?*<br><br>☐ Yes ☐ I don't know<br>☐ No |

| If yes, what is the name of the agency?* | If yes, when did you file the complaint with the agency?* |
| --- | --- |

How were you retaliated against?*

☐ I was fired or terminated
☐ My pay was cut
☐ I was denied a promotion
☐ My hours were changed
☐ I was disciplined

☐ I was harassed in the workplace (this may include threats)
☐ Business asked me to agree not to tell others about health and safety practices or hazards at the workplace

☐ The business retaliated against me or harassed me outside of the workplace (e.g., reported me to immigration, made threats to me at my home)
☐ I experienced another type of retaliation

| Date(s) you were retaliated against.* | Describe what happened.* |
| --- | --- |

Colorado Division of Labor Standards and Statistics | 633 17th Street, Denver, CO 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400 | Email: cdle_labor_standards@state.co.us

Do you think the business or employer knew about your activity that was protected by law?  ☐ Yes   ☐ No   ☐ I don't know
If yes, explain why you think the business knew.*

Name(s) and title(s) of person or people who retaliated against you.*

What reason(s) did the business give for its action(s), if any?*

What do you think was the (actual) reason for its action(s)?*

Describe what you hope happens because of this complaint (e.g., backpay for time you were out of work because of the retaliation, to receive a Notice of Right to Sue letter so you can bring your case in court, for the business to stop retaliating against workers).*

| Are you interested in a settlement with the business?* ☑ Yes ☐ No ☐ I don't know | Have you found another job?* ☐ Yes ☑ No |
|---|---|

| If yes, please fill out the following information about your new employer:* | | |
|---|---|---|
| Name of Your New Employer*: | Start Date* | Rate of Pay with New Employer* |
| New Employer Pay Rate is Per:* <br><br> ☐ Day    ☐ Month    ☐ Other (Explain) <br> ☑ Hour    ☐ Year    ☐ Every Other Week <br> ☐ Week    ☐ Piece    ☐ Twice per Month | | If you selected "Other" pay rate, please explain* |

Colorado Division of Labor Standards and Statistics | 633 17th Street, Denver, CO 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400 | Email: cdle_labor_standards@state.co.us

**Section M: PHEW Retaliation** *(Please fill out this section ONLY if you have selected "PHEW" as a Retaliation Claim Type.)*

You indicated that you were retaliated against at the workplace for wearing your own personal protection equipment (PPE), sharing a concern about a health and safety threat or law not being followed, making a complaint about or helping with an investigation related to these rights; or were prevented from using those rights. Please answer the following questions about Retaliation under the Protected Health/Safety Expression and Whistleblowing Act ("PHEW").

Why did the business retaliate against you? *(Please check all that apply.)**

☐ I tried to wear my own personal protection equipment ("PPE").

What PPE did you try to wear or use?*

Did the business provide the same kind of PPE (even if you chose not to wear it)?*   ☐ Yes   ☐ No   ☐ I don't know
Why did you want to wear your own PPE instead of the business's PPE (if they had any)?*

What reason(s) did the business give for not letting you wear or use your own PPE, if any?*

☐ I shared a concern about a violation of health and safety laws, or any serious workplace threat to health and safety.

What did you share concern(s) about?*

Who did you share your concern(s) with (name and title)?*

Please describe when and how you shared your concern, and what you said. If it was in writing, remember to include a copy when you submit your complaint.*

Did the business do anything after you shared your concern(s)?* ☐ Yes   ☐ No   ☐ I don't know
If yes, please explain what the business did.*

Colorado Division of Labor Standards and Statistics | 633 17th Street, Denver, CO 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400 | Email: cdle_labor_standards@state.co.us

Jan. 2023                        Labor Standards Complaint Form                        Page 16

☐ I opposed the business's violation of protected health/safety expression and whistleblowing rights, or opposed the business not giving notice of worker rights under the PHEW Act (e.g., not putting up a poster about protected health/safety expression and whistleblowing rights).

What did the business do that you opposed?
*

Please describe how you opposed the business's actions (e.g., dates, who was involved, what you did). If in writing, remember to include a copy when you submit your complaint.*

☐ I participated in an investigation about PHEW Act rights or about an employer not giving notice of worker rights under the law (e.g., not putting up a poster about protected health/safety expression and whistleblowing rights).

What kind of investigation did you help with or participate in? Please include as much information about the investigation as you can (e.g., dates, who was involved).*

How did you participate (e.g., filed a complaint, provided information, testified)?

Is there a poster in your workplace (in a place where you could/can easily see it), that explained your rights under PHEW?*
☐ Yes          ☐ No          ☐ I don't know

Colorado Division of Labor Standards and Statistics | 633 17th Street, Denver, CO 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400 | Email: cdle_labor_standards@state.co.us

**Section N: HFWA Retaliation** *(Please fill out this section ONLY if you have selected "HFWA" as a Retaliation Claim Type.)*

You indicated you were retaliated against for using or trying to use or defend rights to sick leave, telling another employee about or helping them use sick leave, or making a complaint about or helping with an investigation related to these rights; or were prevented from using those rights. Answer the following questions about Retaliation under the Healthy Families and Workplace Act (HFWA).

If you have any documents to support your claim, please include them when you submit your complaint.

Why did the business retaliate against you? (Please check all that apply.) *

☐ I took, or tried to take, paid sick leave.

Why did you take or ask for the days off?*

How did you tell your employer you would need sick days off? Explain when and how you told the employer (e.g., in person, by text), who you asked, and what you said.*

Did the employer say you could take the days off? Please explain what they said, who said it, and when they said it.*

Did you actually take the days off?*     ☐ Yes     ☐ No
Please list the date(s) you took the day(s) off.*

Did your employer ask for proof of why you took sick days off?*     ☐ Yes     ☐ No

*If yes, please include a copy of the employer's request with your complaint. If it was not in writing, or if you do not have a copy, please explain what the employer asked for (e.g., a doctor's note), and when they asked for it.*

Colorado Division of Labor Standards and Statistics | 633 17th Street, Denver, CO 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400 | Email: cdle_labor_standards@state.co.us

Jan. 2023                                    Labor Standards Complaint Form                                    Page 18

☐ I told another employee about their right to paid sick leave under HFWA, or helped them take paid sick leave.

Who did you help or give information to? Please provide their name and contact information.*

Please describe how you told another employee about their right to paid sick leave or helped them take it.*

☐ I participated in an investigation about paid sick leave under HFWA or about an employer not giving notice of worker rights under the law (e.g., not putting up a poster about paid sick leave rights).

What kind of investigation did you help with or participate in? Please include as much information about the investigation as you can (e.g., dates, who was involved).*

How did you participate (e.g., filed a complaint, gave information, testified)?*

Is there a poster in your workplace, (in a place where you could/can easily see it), that explained your rights under HFWA*?
☐ Yes          ☐ No          ☐ I don't know

Did you receive a written notice from your employer that explained your rights under HFWA?*
☐ Yes          ☐ No          ☐ I don't know

Colorado Division of Labor Standards and Statistics | 633 17th Street, Denver, CO 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400 | Email: cdle_labor_standards@state.co.us

**Section O: Agricultural Labor Rights Retaliation** *(Please fill out this section ONLY if you have selected "Agricultural Labor Rights" as a Retaliation Claim Type.)*

You indicated that you were retaliated against for using or defending, or trying to use or defend agricultural labor rights under the Agricultural Labor Relations Act (ALRRA), and/or Agricultural Labor Conditions Rules. See INFOS #12-12D for more information about protected rights, and about retaliation claims about these rights. Please answer the following questions about this retaliation or interference.

Why did the employer retaliate against you? Please check all that apply.*

☐  I used, or tried to use, agricultural labor rights (e.g., spoke with a service provider during a break, tried to take a cool-down rest during a hot day).

What rights did you use, or try to use?*

How did the employer respond?*

Were you able to use the right(s)?* ☐ Yes  ☐ No

Please explain how you were able to use the rights, or why you were not able to use them if you were not able to do so.*

☐ I participated in an investigation about agricultural labor rights, or about an employer not giving notice of worker rights under the law (e.g., not putting up a poster about agricultural labor rights).

What kind of investigation did you help with or participate in? Please include as much information about the investigation as you can (e.g., dates, who was involved).*

How did you participate (e.g., filed a complaint, gave information, testified)?*

Colorado Division of Labor Standards and Statistics | 633 17th Street, Denver, CO 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400 | Email: cdle_labor_standards@state.co.us

Jan. 2023                    Labor Standards Complaint Form                    Page 20

☐ I opposed the employer's violation of agricultural labor rights, or opposed the employer not giving notice of worker rights under the law (e.g., not putting up a poster about agricultural labor rights).

> What did the employer do that you opposed?*

> Please describe how you opposed the employer's action(s) (e.g., dates, who was involved, what you did).*

☐ I took other action(s) related to, or the employer interfered with, rights under the ALRRA and/or the Agricultural Labor Conditions Rules.

> Describe what action you took, or what agricultural labor rights the employer interfered with.*

> Describe how the employer responded to you.*

Colorado Division of Labor Standards and Statistics | 633 17th Street, Denver, CO 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400 | Email: cdle_labor_standards@state.co.us

Jan. 2023                    Labor Standards Complaint Form                    Page 21

| Section P: Wages or Other Types of Retaliation *(Please fill out this section ONLY if you have selected "*Wages*" or "Other" as a Retaliation Claim Type.)* |
|---|

| You indicated you were retaliated against for using or defending rights or protections under a law enforced by the Division. Please answer the following questions. |
|---|

Why did the business retaliate against you? Please check all that apply.*

☐ I made a complaint, or participated in an investigation, hearing, or other event, related to wage and hour rights.

      What kind of complaint did you make, or what hearing, investigation, or other event did you help with or participate in? Please include as much information as you can (e.g., dates, who was involved).*

      How did you participate (e.g., filed a complaint, gave information, testified)?*

☐ I took other action(s) protected by labor law(s), or the business interfered with my rights under labor law(s).

      Please describe what action you took that was protected by labor laws.*

Colorado Division of Labor Standards and Statistics | 633 17th Street, Denver, CO 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400 | Email: cdle_labor_standards@state.co.us

Jan. 2023                    Labor Standards Complaint Form                    Page 22

| **Section Q: Non-Monetary Claim Types**  *(Please fill out this section ONLY if you have selected a "*Non-Monetary *Claim Type." If you do NOT have a Non-Monetary Claim, please skip to Section R.)* |
|---|
| Complete the following information related to your Non-Monetary claim. If you have any documents to support your claim, please include them when you submit the complaint. |
| Non-Monetary claim types violated (check all that apply):*<br>☐ Wages paid but not timely<br>☐ Itemized pay statement not provided<br>☐ Meal period violations<br>☐ Other |
| Please describe the non-monetary violation(s) you selected above.*<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> |

Colorado Division of Labor Standards and Statistics | 633 17th Street, Denver, CO 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400 | Email: cdle_labor_standards@state.co.us

Jan. 2023                    Labor Standards Complaint Form                    Page 23

| Section R: Additional Details | |
|---|---|
| How many other employees do you think were affected by the same issue(s)? <br><br> ☐ 0 to 25 <br> ☐ 26 to 100 <br> ☐ more than 100 | Please explain. (For example: There were 15-20 cashiers, and the employer did not let any of us take rest breaks.) |
| Does this complaint claim wages are owed, and should be paid, not only to you, but also to others at the same employer? Please note: <br>    (1) A complaint on behalf of other employees is an option for only monetary wage complaints (unpaid wages, paid breaks, paid sick leave, etc.), not other claim types (whistleblower, retaliation, non-monetary complaints about hours, etc.). <br>    (2) If you select "yes," the investigation will take longer, and the Division will start by sending you a questionnaire to help it understand whether the other employees are in a similar enough situation to be part of your complaint. <br><br> ☐ Yes <br> ☐ No | |
| Did anyone else see or hear what the business did?* <br><br> ☐ Yes <br> ☐ No <br> ☐ I don't know | Please provide as much information as you know for the witness(es), including: <br><br> Name <br><br> Job Title (if they are an employee of the business) <br><br> Mailing address <br><br> Phone number <br><br> Email address |
| What did that person see or hear? | |
| Please provide any additional information we need to understand your claim.* | |

Colorado Division of Labor Standards and Statistics | 633 17th Street, Denver, CO 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400 | Email: cdle_labor_standards@state.co.us

Jan. 2023                     Labor Standards Complaint Form                     Page 24

| Section S: Affirmations and Signature |
|---|

| Answer the question below about the person completing this form. |
|---|
| Are you the claimant (person making the complaint), or the claimant's authorized representative?*    ☐ Yes  ☐ No |

| Name of person completing the form, if not the claimant (person making the complaint)* | Relationship of person completing the form, if not the claimant (person making the complaint)* |
|---|---|
| | |

**Please note, the claimant, or the claimant's authorized representative, must sign this page.**

**Before submitting this complaint:**

By signing this Complaint you are agreeing to the following:

- I have been notified and understand that any person providing false information to the Division in order to obtain and/or retain anything of value may be subject to criminal prosecution under the laws of the State of Colorado with possible penalties of imprisonment, fines, or both.
- I authorize the Division to investigate and assist in this matter.
- I understand that any information supplied to the Division may be provided to the employer/principal, the agents of the employer/principal involved in the dispute, and other agencies or individuals as the Division deems appropriate.
- I understand that the Division does not guarantee a resolution to this dispute, and that it may be necessary to pursue the matter further through other methods.
- I understand that if I move, get a new phone number, or have other changes to my contact information, I must let the Division know right away. If I do not update my information, and the Division cannot contact me, my complaint may be dismissed.
- Wage Claims: I understand that the Division cannot legally order the payment of wages and penalties for wages earned before January 1, 2015. I understand that the Division cannot legally order the payment of wages in excess of $7,500 per employee.
- Retaliation and Agricultural Labor Claims: I understand that the Division has discretionary authority to investigate my complaint, and that if the Division decides not to investigate, I may have to pursue the matter further in court.
- I declare under penalty of perjury § 18-8-501, et seq., C.R.S. that the information provided is true and correct.

*Claimant or Authorized Representative's Agreement and Signature*

| Mark O'Brien | *Mark O'Brien* | 10/09/2023 |
|---|---|---|
| Name | Signature | Date |

**If you have any documents to support your claim, please include them with this Complaint Form when you submit it. Please mail, fax, email, or deliver your completed complaint form and attached documentation to:**

Colorado Division of Labor Standards and Statistics
633 17th Street, Denver, CO 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400
Email: cdle_labor_standards@state.co.us

Colorado Division of Labor Standards and Statistics | 633 17th Street, Denver, CO 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400 | Email: cdle_labor_standards@state.co.us

Jan. 2023                    Labor Standards Complaint Form                    Page 25

**BRIDGESTONE**

| BRIDGESTONE RETAIL OPERATIONS, LLC. | | |
|---|---|---|
| 200 4th Ave. South | | |
| Nashville , TN 37201 | | |
| **TEAMMATE TYPE**   HOURLY FT NON-UNION | | |

| | |
|---|---|
| **PAY PERIOD** | 31/2023 |
| **PERIOD START** | 07/23/2023 |
| **PERIOD END** | 07/29/2023 |
| **PAY DATE** | 08/04/2023 |

| W-4 DATA | FED | STATE |
|---|---|---|
| MARITAL STATUS | S or MFS | S / MFS |
| CREDIT DEP./ALLOWANCES | | 00 |
| EXEMPT | N | N |
| IRS OVERRIDE | | |
| ADDL  AMT/PCT | | |
| OTHER INCOME | | |
| DEDUCTIONS | | |

| | |
|---|---|
| **TEAMMATE** | MARK OBRIEN |
| **ADDRESS** | 19271 COTTONWOOD DRIVE #S1622 |
| **CITY/STATE/ZIP** | PARKER CO 80138-0000 |
| **DEPARTMENT** | W7 795272 - 3899 |

| | |
|---|---|
| **VACATION BASE** | |
| **VACATION RATE** | |
| **SICK HOURS AVAILABLE** | 48.00 |
| **CPSL USED** | |
| **CPSL AVAILABLE** | |

| | |
|---|---|
| **UNIV** | 20035878 |
| **CLOCK NO** | |

| EARNINGS | ADJUSTMENT PERIOD | RATE | HOURS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|
| Holiday | | | | | 152.00 |
| OTPremium | | | | 34.67 | 38.00 |
| Memo Regular Hours | | | 40.00 | | |
| Memo Total Work Hours | | | 43.65 | | |
| Flag Units | | 19,00 | 43.65 | 829.35 | 3,922.23 |
| Memo OT 1.5 | | | 3.65 | | |
| **TOTAL EARNINGS** | | | | **864.02** | **4,112.23** |

| DEDUCTIONS | ADJUSTMENT PERIOD | | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|
| Dental | | | -3.28 | -16.87 |
| Incentive Savings | | | -69.12 | -69.12 |
| **TOTAL DEDUCTIONS** | | | **-72.40** | **-85.99** |

| TAXES - TAX AUTH | ADJUSTMENT PERIOD | | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|
| Withholding Tax - Federal | | | -58.80 | -291.11 |
| Social Security Tax - Federal | | | -53.36 | -253.91 |
| Medicare Tax - Federal | | | -12.48 | -59.38 |
| Withholding Tax - Colorado | | | -31.00 | -154.00 |
| TX EE PFML TAX STATE PLAN - Colorado | | | -3.56 | -18.12 |
| **TOTAL TAXES** | | | **-159.20** | **-776.52** |

| TAX BASE ADJUSTMENTS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|
| | | |

| TAX BASES | MEDICARE | SOCIAL SECURITY | FEDERAL | STATE | LOCAL |
|---|---|---|---|---|---|
| **Current Amount** | 860.74 | 860.74 | 791.62 | 791.62 | |
| **Adjustment** | | | | | |
| **Year to Date** | 4,095.36 | 4,095.36 | 4,026.24 | 4,026.24 | |

| NET PAY | BANK KEY | ACCOUNT NO | AMOUNT |
|---|---|---|---|
| Bank Transfer | 031176110 | **2377 | 632.42 |

**BRIDGESTONE**

| BRIDGESTONE RETAIL OPERATIONS, LLC. | | |
|---|---|---|
| 200 4th Ave. South | | |
| Nashville , TN 37201 | | |
| | | |
| **TEAMMATE TYPE**    HOURLY FT NON-UNION | | |

| PAY PERIOD | 30/2023 |
|---|---|
| PERIOD START | 07/16/2023 |
| PERIOD END | 07/22/2023 |
| PAY DATE | 07/28/2023 |

| W-4 DATA | FED | STATE |
|---|---|---|
| MARITAL STATUS | S or MFS | S / MFS |
| CREDIT DEP./ALLOWANCES | | 00 |
| EXEMPT | N | N |
| IRS OVERRIDE | | |
| ADDL  AMT/PCT | | |
| OTHER INCOME | | |
| DEDUCTIONS | | |

| TEAMMATE | MARK OBRIEN |
|---|---|
| ADDRESS | 19271 COTTONWOOD DRIVE #S1622 |
| CITY/STATE/ZIP | PARKER CO 80138-0000 |
| DEPARTMENT | W7 795272 - 3899 |

| VACATION BASE | |
|---|---|
| VACATION RATE | |
| SICK HOURS AVAILABLE | 48.00 |
| CPSL USED | |
| CPSL AVAILABLE | |

| UNIV | 20035878 |
|---|---|
| CLOCK NO | |

| EARNINGS | ADJUSTMENT PERIOD | RATE | HOURS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|
| Holiday | | | | | 152.00 |
| OTPremium | | | | 3.33 | 3.33 |
| Memo Regular Hours | | | 40.00 | | |
| Memo Total Work Hours | | | 40.35 | | |
| Flag Units | | 19,00 | 40.35 | 766.65 | 3,092.88 |
| Memo OT 1.5 | | | 0.35 | | |
| **TOTAL EARNINGS** | | | | **769.98** | **3,248.21** |

| DEDUCTIONS | ADJUSTMENT PERIOD | | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|
| Dental | | | -3.28 | -13.59 |
| **TOTAL DEDUCTIONS** | | | **-3.28** | **-13.59** |

| TAXES - TAX AUTH | ADJUSTMENT PERIOD | | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|
| Withholding Tax - Federal | | | -55.81 | -232.31 |
| Social Security Tax - Federal | | | -47.54 | -200.55 |
| Medicare Tax - Federal | | | -11.12 | -46.90 |
| Withholding Tax - Colorado | | | -30.00 | -123.00 |
| TX EE PFML TAX STATE PLAN - Colorado | | | -3.45 | -14.56 |
| **TOTAL TAXES** | | | **-147.92** | **-617.32** |

| TAX BASE ADJUSTMENTS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|
| | | |

| TAX BASES | MEDICARE | SOCIAL SECURITY | FEDERAL | STATE | LOCAL |
|---|---|---|---|---|---|
| **Current Amount** | 766.70 | 766.70 | 766.70 | 766.70 | |
| **Adjustment** | | | | | |
| **Year to Date** | 3,234.62 | 3,234.62 | 3,234.62 | 3,234.62 | |

| NET PAY | BANK KEY | ACCOUNT NO | AMOUNT |
|---|---|---|---|
| Bank Transfer | 031176110 | **2377 | 618.78 |

**BRIDGESTONE**

| BRIDGESTONE RETAIL OPERATIONS, LLC. | | |
|---|---|---|
| 200 4th Ave. South | **PAY PERIOD** | 29/2023 |
| Nashville , TN 37201 | **PERIOD START** | 07/09/2023 |
| | **PERIOD END** | 07/15/2023 |
| **TEAMMATE TYPE**     HOURLY FT NON-UNION | **PAY DATE** | 07/21/2023 |

| W-4 DATA | FED | STATE |
|---|---|---|
| MARITAL STATUS | S or MFS | S / MFS |
| CREDIT DEP./ALLOWANCES | | 00 |
| EXEMPT | N | N |
| IRS OVERRIDE | | |
| ADDL  AMT/PCT | | |
| OTHER INCOME | | |
| DEDUCTIONS | | |

| TEAMMATE | MARK OBRIEN |
|---|---|
| ADDRESS | 19271 COTTONWOOD DRIVE #S1622 |
| CITY/STATE/ZIP | PARKER CO 80138-0000 |
| DEPARTMENT | W7 795272 - 3899 |

| | | |
|---|---|---|
| VACATION BASE | | |
| VACATION RATE | | |
| SICK HOURS AVAILABLE | 48.00 | |
| CPSL USED | | |
| CPSL AVAILABLE | | |

| | | |
|---|---|---|
| UNIV | 20035878 | |
| CLOCK NO | | |

| EARNINGS | ADJUSTMENT PERIOD | RATE | HOURS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|
| Holiday | | | | | 152.00 |
| Memo Regular Hours | | | 39.23 | | |
| Memo Total Work Hours | | | 39.23 | | |
| Flag Units | | 19,00 | 39.22 | 745.10 | 2,326.23 |
| **TOTAL EARNINGS** | | | | **745.10** | **2,478.23** |

| DEDUCTIONS | ADJUSTMENT PERIOD | | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|
| Dental | | | -3.28 | -10.31 |
| **TOTAL DEDUCTIONS** | | | **-3.28** | **-10.31** |

| TAXES - TAX AUTH | ADJUSTMENT PERIOD | | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|
| Withholding Tax - Federal | | | -52.83 | -176.50 |
| Social Security Tax - Federal | | | -45.99 | -153.01 |
| Medicare Tax - Federal | | | -10.75 | -35.78 |
| Withholding Tax - Colorado | | | -29.00 | -93.00 |
| TX EE PFML TAX STATE PLAN - Colorado | | | -3.34 | -11.11 |
| **TOTAL TAXES** | | | **-141.91** | **-469.40** |

| TAX BASE ADJUSTMENTS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|
| | | |

| TAX BASES | MEDICARE | SOCIAL SECURITY | FEDERAL | STATE | LOCAL |
|---|---|---|---|---|---|
| **Current Amount** | 741.82 | 741.82 | 741.82 | 741.82 | |
| **Adjustment** | | | | | |
| **Year to Date** | 2,467.92 | 2,467.92 | 2,467.92 | 2,467.92 | |

| NET PAY | BANK KEY | ACCOUNT NO | AMOUNT |
|---|---|---|---|
| Bank Transfer | 031176110 | **2377 | 599.91 |

**BRIDGESTONE**

| BRIDGESTONE RETAIL OPERATIONS, LLC. | | |
|---|---|---|
| 200 4th Ave. South | | |
| Nashville , TN 37201 | | |
| **TEAMMATE TYPE** | HOURLY FT NON-UNION | |

| PAY PERIOD | 28/2023 |
|---|---|
| PERIOD START | 07/02/2023 |
| PERIOD END | 07/08/2023 |
| PAY DATE | 07/14/2023 |

| W-4 DATA | FED | STATE |
|---|---|---|
| MARITAL STATUS | S or MFS | S / MFS |
| CREDIT DEP./ALLOWANCES | | 00 |
| EXEMPT | N | N |
| IRS OVERRIDE | | |
| ADDL  AMT/PCT | | |
| OTHER INCOME | | |
| DEDUCTIONS | | |

| TEAMMATE | MARK OBRIEN |
|---|---|
| ADDRESS | 19271 COTTONWOOD DRIVE #S1622 |
| CITY/STATE/ZIP | PARKER CO 80138-0000 |
| DEPARTMENT | W7 795272 - 3899 |

| VACATION BASE | |
|---|---|
| VACATION RATE | |
| SICK HOURS AVAILABLE | 48.00 |
| CPSL USED | |
| CPSL AVAILABLE | |

| UNIV | 20035878 |
|---|---|
| CLOCK NO | |

| EARNINGS | ADJUSTMENT PERIOD | RATE | HOURS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|
| Holiday | | 19,00 | 8.00 | 152.00 | 152.00 |
| Memo Regular Hours | | | 38.95 | | |
| Memo Total Work Hours | | | 38.95 | | |
| Flag Units | | 19,00 | 38.93 | 739.75 | 1,581.13 |
| **TOTAL EARNINGS** | | | | **891.75** | **1,733.13** |

| DEDUCTIONS | ADJUSTMENT PERIOD | | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|
| Dental | | | -3.28 | -7.03 |
| **TOTAL DEDUCTIONS** | | | **-3.28** | **-7.03** |

| TAXES - TAX AUTH | ADJUSTMENT PERIOD | | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|
| Withholding Tax - Federal | | | -70.42 | -123.67 |
| Social Security Tax - Federal | | | -55.09 | -107.02 |
| Medicare Tax - Federal | | | -12.88 | -25.03 |
| Withholding Tax - Colorado | | | -35.00 | -64.00 |
| TX EE PFML TAX STATE PLAN - Colorado | | | -4.00 | -7.77 |
| **TOTAL TAXES** | | | **-177.39** | **-327.49** |

| TAX BASE ADJUSTMENTS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|
| | | |

| TAX BASES | MEDICARE | SOCIAL SECURITY | FEDERAL | STATE | LOCAL |
|---|---|---|---|---|---|
| **Current Amount** | 888.47 | 888.47 | 888.47 | 888.47 | |
| **Adjustment** | | | | | |
| **Year to Date** | 1,726.10 | 1,726.10 | 1,726.10 | 1,726.10 | |

| NET PAY | BANK KEY | ACCOUNT NO | AMOUNT |
|---|---|---|---|
| Bank Transfer | 031176110 | **2377 | 711.08 |

**BRIDGESTONE**

| BRIDGESTONE RETAIL OPERATIONS, LLC. | | |
|---|---|---|
| 200 4th Ave. South | PAY PERIOD | 27/2023 |
| Nashville , TN 37201 | PERIOD START | 06/25/2023 |
| | PERIOD END | 07/01/2023 |
| TEAMMATE TYPE    HOURLY FT NON-UNION | PAY DATE | 07/07/2023 |

| W-4 DATA | FED | STATE |
|---|---|---|
| MARITAL STATUS | S or MFS | S / MFS |
| CREDIT DEP./ALLOWANCES | | 00 |
| EXEMPT | N | N |
| IRS OVERRIDE | | |
| ADDL  AMT/PCT | | |
| OTHER INCOME | | |
| DEDUCTIONS | | |

| TEAMMATE | MARK OBRIEN |
|---|---|
| ADDRESS | 19271 COTTONWOOD DRIVE #S1622 |
| CITY/STATE/ZIP | PARKER CO 80138-0000 |
| DEPARTMENT | W7 795272 - 3899 |

| VACATION BASE | |
|---|---|
| VACATION RATE | |
| SICK HOURS AVAILABLE | 48.00 |
| CPSL USED | |
| CPSL AVAILABLE | |

| UNIV | 20035878 |
|---|---|
| CLOCK NO | |

| EARNINGS | ADJUSTMENT PERIOD | RATE | HOURS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|
| Memo Regular Hours | | | 39.40 | | |
| Memo Total Work Hours | | | 39.40 | | |
| Flag Units | | 19,00 | 39.40 | 748.60 | 841.38 |
| **TOTAL EARNINGS** | | | | **748.60** | **841.38** |

| DEDUCTIONS | ADJUSTMENT PERIOD | | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|
| Dental | | | -3.28 | -3.75 |
| **TOTAL DEDUCTIONS** | | | **-3.28** | **-3.75** |

| TAXES - TAX AUTH | ADJUSTMENT PERIOD | | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|
| Withholding Tax - Federal | | | -53.25 | -53.25 |
| Social Security Tax - Federal | | | -46.21 | -51.93 |
| Medicare Tax - Federal | | | -10.81 | -12.15 |
| Withholding Tax - Colorado | | | -29.00 | -29.00 |
| TX EE PFML TAX STATE PLAN - Colorado | | | -3.35 | -3.77 |
| **TOTAL TAXES** | | | **-142.62** | **-150.10** |

| TAX BASE ADJUSTMENTS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|
| | | |

| TAX BASES | MEDICARE | SOCIAL SECURITY | FEDERAL | STATE | LOCAL |
|---|---|---|---|---|---|
| **Current Amount** | 745.32 | 745.32 | 745.32 | 745.32 | |
| **Adjustment** | | | | | |
| **Year to Date** | 837.63 | 837.63 | 837.63 | 837.63 | |

| NET PAY | BANK KEY | ACCOUNT NO | AMOUNT |
|---|---|---|---|
| Bank Transfer | 031176110 | **2377 | 602.70 |

**BRIDGESTONE**

| BRIDGESTONE RETAIL OPERATIONS, LLC. | | |
|---|---|---|
| 200 4th Ave. South | | |
| Nashville , TN 37201 | | |
| | | |
| **TEAMMATE TYPE** | HOURLY FT NON-UNION | |

| | |
|---|---|
| **PAY PERIOD** | 26/2023 |
| **PERIOD START** | 06/24/2023 |
| **PERIOD END** | 06/24/2023 |
| **PAY DATE** | 06/30/2023 |

| W-4 DATA | FED | STATE |
|---|---|---|
| MARITAL STATUS | S or MFS | S / MFS |
| CREDIT DEP./ALLOWANCES | | 00 |
| EXEMPT | N | N |
| IRS OVERRIDE | | |
| ADDL  AMT/PCT | | |
| OTHER INCOME | | |
| DEDUCTIONS | | |

| | | |
|---|---|---|
| **TEAMMATE** | MARK OBRIEN | |
| **ADDRESS** | 19271 COTTONWOOD DRIVE #S1622 | |
| **CITY/STATE/ZIP** | PARKER CO 80138-0000 | |
| **DEPARTMENT** | W7 795272 - 3899 | |

| | |
|---|---|
| **VACATION BASE** | |
| **VACATION RATE** | |
| **CPSL USED** | |
| **CPSL AVAILABLE** | |

| | |
|---|---|
| **UNIV** | 20035878 |
| **CLOCK NO** | |

| EARNINGS | ADJUSTMENT PERIOD | RATE | HOURS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|
| Memo Regular Hours | | | 6.50 | | |
| Memo Total Work Hours | | | 6.50 | | |
| Flag Units | | 19,01 | 4.88 | 92.78 | 92.78 |
| **TOTAL EARNINGS** | | | | **92.78** | **92.78** |

| DEDUCTIONS | ADJUSTMENT PERIOD | | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|
| Dental | | | -0.47 | -0.47 |
| **TOTAL DEDUCTIONS** | | | **-0.47** | **-0.47** |

| TAXES - TAX AUTH | ADJUSTMENT PERIOD | | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|
| Social Security Tax - Federal | | | -5.72 | -5.72 |
| Medicare Tax - Federal | | | -1.34 | -1.34 |
| TX EE PFML TAX STATE PLAN - Colorado | | | -0.42 | -0.42 |
| **TOTAL TAXES** | | | **-7.48** | **-7.48** |

| TAX BASE ADJUSTMENTS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|
| | | |

| TAX BASES | MEDICARE | SOCIAL SECURITY | FEDERAL | STATE | LOCAL |
|---|---|---|---|---|---|
| **Current Amount** | 92.31 | 92.31 | 92.31 | 92.31 | |
| **Adjustment** | | | | | |
| **Year to Date** | 92.31 | 92.31 | 92.31 | 92.31 | |

| NET PAY | BANK KEY | ACCOUNT NO | AMOUNT |
|---|---|---|---|
| Bank Transfer | 031176110 | **2377 | 84.83 |



**Division of Unemployment Insurance**
P.O. Box 8988
Denver, CO 80201-8988

**COLORADO**
**Department of**
**Labor and Employment**

Go online: coloradoui.gov
Call: 1-800-388-5515
Fax: 303-318-9248

Forwarding Service Requested

Mark S. O'brien
c/o MARK S OBRIEN
19271 Cottonwood Dr #S1622
Parker, CO 80138

October 10, 2023

Issue Identification Number: 0023 2519 14-01
Correspondence ID: 79890659
Employer Name: BRIDGESTONE
AMERICAS INC
Appeal Due Date: 10/30/2023

## Appeal Rights:

Any party to this decision may disagree with (appeal) it. To appeal, please fill out the request for hearing at the end of the document. This decision is final unless we receive a written appeal no later than 20 calendar days from the mail date.

### Notice of Determination

## Reasoning and Findings

Based on information received, our investigation has determined that you left this job rather than accept what has been determined to be an unreasonable reduction in pay.

## Applicable Section of Law

Colorado Employment Security Act: 8-73-108 (4)(e)

## Effect of this Determination

It is determined that you are entitled to benefits based on this employment provided you continue to meet all eligibility requirements of the unemployment insurance law.

## Important Information

You have 2 other outstanding issue(s) that may affect your eligibility for benefits.

Issue ID:0022 4056 34-01,                    Earnings - Weekly Wage Verification

---



79890659

An Equal Opportunity Employer                    Page 1 of 4

IMPORTANTE: Este documento afecta su elegibilidad para recibir beneficios de Seguro de Desempleo. Si usted no entiende este documento, llame inmediatamente a la línea de servicio al cliente del Departamento de Trabajo y Empleo de Colorado al 1-800-388-5515.

Issue ID:0022 4056 35-01,                    Earnings - Weekly Wage Verification

Login to your account at https://cdle.colorado.gov to check the status of the other issue(s).

If you have any questions, please contact the Customer Service Center at 1-800-388-5515, Monday through Friday from 8:00 a.m. to 4:00 p.m. You can also access claims information online by logging in to your Unemployment Insurance Claims System account at https://cdle.colorado.gov, Sunday through Saturday from 2:00 a.m. to 11:59 p.m. Please have your issue or Claimant identification number available when you call.

IMPORTANTE: Este documento afecta su elegibilidad para recibir beneficios de Seguro de Desempleo. Si usted no entiende este documento, llame inmediatamente a la línea de servicio al cliente del Departamento de Trabajo y Empleo de Colorado al 1-800-388-5515.

## REQUEST FOR HEARING ON THE DETERMINATION

Claimant:  Mark S. O'brien    Claimant ID:  13006250       Issue ID:  0023 2519 14-01    Correspondence
ID: 79890659

We **must receive** your appeal **no later than 20 calendar days from the mailing date** listed on the front of this form. If the 20th day falls on a weekend or state holiday, your appeal must be received by the next business day. The date we receive the appeal is considered the date of the appeal.
**How to Appeal**: There are three ways you can appeal a decision. Use only **one** method to file your appeal.
1.**Online:** https://cdle.colorado.gov
2.**Mail** your completed appeal form and any supporting documents to the Appeals Section, P.O. Box 8988, Denver, CO 80201-8988. Please make a copy of this form before you send it, and keep the copy in case you need it later.
3.**Fax** your completed appeal form and any supporting documents to 303-318-9014.

| | |
|---|---|
| 1. Who is appealing this decision?<br>☐   Claimant        ☐   Employer | 2. Will you be represented at the hearing by a lawyer, union business agent, or anyone else?<br>☐   Yes            ☐   No<br>If **Yes**, write the person's name, address, and telephone number: |
| 3. Do you need an interpreter?<br>☐   Yes         ☐   No<br>If **Yes**, for what language?<br><br>You will not be charged for the service. | 4. Do you know if anyone else taking part in the appeal needs an interpreter?<br>☐   Yes           ☐   No<br>If **Yes**, for what language?<br><br>You will not be charged for the service. |
| 5. Has your address changed?<br>☐   Yes         ☐   No<br>If **Yes**, write your new address: | 6. If there is an employer's name and address on the Notice of Determination, write the address where you worked if it is not the same address. |
| 7. Explain the reasons you disagree with the decision. Provide as many details as possible. If you do not explain those reasons here, you may not be allowed to talk about them during the hearing. You may provide additional sheets of paper. | |
| The information provided is true, correct, and complete to the best of my knowledge. I understand there are severe penalties, including fines and jail, for not telling the truth. | |
| Signature of the Person Appealing | Date |

**Once we process your appeal, we will send you more information.** We send you a letter with instructions and the date and time of your hearing. We also send you copies of the available information we used to make this decision, which may include what other parties told

If the hearing officer determines that you do not have good cause for the late appeal, the hearing will be dismissed, and the deputy's original decision will become final.

---

79890659                          An Equal Opportunity Employer                          Page 3 of 4

IMPORTANTE: Este documento afecta su elegibilidad para recibir beneficios de Seguro de Desempleo. Si usted no entiende este documento, llame inmediatamente a la línea de servicio al cliente del Departamento de Trabajo y Empleo de Colorado al 1-800-388-5515.

us. At the hearing, you can talk only about topics you have already told us about in this unemployment claim. If you want to talk about other topics related to the decision you are appealing, you must provide those topics, in writing, to us, and the other party before the hearing. The letter gives you more instructions and information.

**Late Appeals:** A written appeal received after the 20-calendar day deadline from the **Date Mailed** on the front of this form is late. If you file your appeal late, send a detailed explanation of why your appeal is late. The Appeals Section will send you a hearing notice with a date and time for a hearing. At the hearing, the other party may object to the late appeal. You must explain in detail the reasons you filed the appeal late (this is called showing good cause).

In the event that your appeal is received more than **180 days** late, a hearing will not be scheduled, the appeal will be dismissed, and the deputy's decision will become final.

**Claimant:** You must continue to request payment every week. If you received unemployment benefits based on a decision that gets changed, you may have to pay back the benefits you received.

If you file an appeal, a hearing will be scheduled. If you fail to attend your hearing, you will lose your right to appeal and you will be required to show good cause for not attending in order for your appeal rights to be reinstated.

---

79890659        An Equal Opportunity Employer        Page 4 of 4

IMPORTANTE: Este documento afecta su elegibilidad para recibir beneficios de Seguro de Desempleo. Si usted no entiende este documento, llame inmediatamente a la línea de servicio al cliente del Departamento de Trabajo y Empleo de Colorado al 1-800-388-5515.

## English

**IMPORTANT!** This document(s) contains important information about your unemployment compensation rights, responsibilities and/or benefits. It is critical that you understand the information in this document. If there is a due date on the form, please respond by that date.

**IMMEDIATELY:** If needed, call Denver Metro 303-318-9000 or Toll-Free 1-800-388-5515 for assistance in the translation and understanding of the information in the document(s) you have received.

## Spanish

**IMPORTANTE:** Este documento contiene información importante sobre sus derechos, obligaciones y/o beneficios de compensación por desempleo. Es muy importante que usted entienda la información en este documento. Responda antes de la fecha límite que se indica en el documento, responda antes de la misma.

**DE INMEDIATO:** Si necesita asistencia para traducir y entender la información en el documento que recibió, llame a Denver Metro al 303-318-9333 o, sin costo, al 1-866-422-0402.

## Amharic

አስፈላጊ! ይህ ሰነድ ስለ ስራአጥነት ካሳ መብት፣ ሀላፊነትና/ወይ ጥቅም አስፈላጊ መረጃ ያካተተ ነው። በዚህ ሰነድ ውስጥያለውን መረጃ መረዳ እጅግ አስፈላጊ ነው። በዚህ ቅፅ ላይ የመጨረሻ ቀን ከተቀመጠ፣ እባክዎትን እስከ ተጠቀሰው ቀን ምላሽይስጡ።

በአስቸኳይ: አስፈላጊ ከሆነ፣ ትርጉም ላይ ድጋፍ ለማግኘትና ይህ የደረሰትን ሰነድ ውስጥ ያለውን መረጃ ለመረዳት ድጋፍ ለማግኘትወደ ዴንቨር ሜትሮ በ 303-318-9000 ወይ በነፃ መስመር 1-800-388-5515 ይደውሉ።

## Arabic

**مهم!** تحتوي هذه الوثيقة (الوثائق) على معلومات مهمة تخص حقوقك في تعويض البطالة و/أو مسؤولياتك و/أو مزاياك. من المهم أن تفهم المعلومات الواردة في هذه الوثيقة. إذا كان هناك تاريخ مقرر في النموذج، فيرجى الرد بحلول ذلك التاريخ.

**فورًا:** إذا لزم الأمر، اتصل بدينيفر ميترو (Denver Metro) على الرقم 303-318-9000 أو الرقم المجاني 1-800-388-5155 للمساعدة في ترجمة وفهم المعلومات الواردة في الوثيقة (الوثائق) التي تلقيتها.

## Chinese

重要事项 ！ 本文件包含有关失业补助权利、责任和/或福利的重要信息。请确保自己理解本文件中的内容。如果表格上标明截止日期 ，请在相应日期前回复。

立即进行：如有需要，请致电 Denver Metro 303-318-9000 ，或拨打免费电话 1-800-388-5515，以 便获得翻译服务 ，并帮助自己了解已经收到的文件内容。

**<u>Korean</u>**

중요 사항**!** 본 문건에는 귀하의 실업수당을 지급받을 권리, 책임이나 혜택에 관한 중요한 정보가담겨 있습니다. 본 문건의 정보를 이해하는 것이 매우 중요합니다. 본 양식에 만기 일자가 있을경우, 해당 일자까지 응답하시기 바랍니다.

즉시**:** 필요할 경우, Denver Metro 303-318-9000 또는 무료 전화 1-800-388-5515를 이용, 통/번역 및 받은 문건의 정보를 이해하는 데 도움을 받으십시오.

**<u>Vietnamese</u>**

**QUAN TRỌNG!** (Các) tài liệu này chứa thông tin quan trọng về các quyền nhận bồi thường thất nghiệp, trách nhiệm và/hoặc quyền lợi của quý vị. Điều vô cùng quan trọng là quý vị phải hiểu thông tin trong tài liệu này. Nếu có ngày đến hạn trong mẫu đơn, hãy trả lời trước ngày đó.

**NGAY LẬP TỨC:** Nếu cần, hãy gọi cho Denver Metro 303-318-9000 hoặc số Miễn Cước 1-800-388-5515 để được trợ giúp dịch và hiểu thông tin trong (các) tài liệu mà quý vị đã nhận được.

**BRIDGESTONE**

| BRIDGESTONE RETAIL OPERATIONS, LLC. | | |
|---|---|---|
| 200 4th Ave. South | PAY PERIOD | 31/2023 |
| Nashville , TN 37201 | PERIOD START | 07/23/2023 |
| | PERIOD END | 07/29/2023 |
| | PAY DATE | 08/04/2023 |
| TEAMMATE TYPE    HOURLY FT NON-UNION | | |

| W-4 DATA | FED | STATE |
|---|---|---|
| MARITAL STATUS | S or MFS | S / MFS |
| CREDIT DEP./ALLOWANCES | | 00 |
| EXEMPT | N | N |
| IRS OVERRIDE | | |
| ADDL  AMT/PCT | | |
| OTHER INCOME | | |
| DEDUCTIONS | | |

| TEAMMATE | MARK OBRIEN |
|---|---|
| ADDRESS | 19271 COTTONWOOD DRIVE #S1622 |
| CITY/STATE/ZIP | PARKER CO 80138-0000 |
| DEPARTMENT | W7 795272 - 3899 |

| VACATION BASE | |
|---|---|
| VACATION RATE | |
| SICK HOURS AVAILABLE | 48.00 |
| CPSL USED | |
| CPSL AVAILABLE | |

| UNIV | 20035878 |
|---|---|
| CLOCK NO | |

| EARNINGS | ADJUSTMENT PERIOD | RATE | HOURS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|
| Holiday | | | | | 152.00 |
| OTPremium | | | | 34.67 | 38.00 |
| Memo Regular Hours | | | 40.00 | | |
| Memo Total Work Hours | | | 43.65 | | |
| Flag Units | | 19,00 | 43.65 | 829.35 | 3,922.23 |
| Memo OT 1.5 | | | 3.65 | | |
| **TOTAL EARNINGS** | | | | **864.02** | **4,112.23** |

| DEDUCTIONS | ADJUSTMENT PERIOD | | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|
| Dental | | | -3.28 | -16.87 |
| Incentive Savings | | | -69.12 | -69.12 |
| **TOTAL DEDUCTIONS** | | | **-72.40** | **-85.99** |

| TAXES - TAX AUTH | ADJUSTMENT PERIOD | | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|
| Withholding Tax - Federal | | | -58.80 | -291.11 |
| Social Security Tax - Federal | | | -53.36 | -253.91 |
| Medicare Tax - Federal | | | -12.48 | -59.38 |
| Withholding Tax - Colorado | | | -31.00 | -154.00 |
| TX EE PFML TAX STATE PLAN - Colorado | | | -3.56 | -18.12 |
| **TOTAL TAXES** | | | **-159.20** | **-776.52** |

| TAX BASE ADJUSTMENTS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|
| | | |

| TAX BASES | MEDICARE | SOCIAL SECURITY | FEDERAL | STATE | LOCAL |
|---|---|---|---|---|---|
| **Current Amount** | 860.74 | 860.74 | 791.62 | 791.62 | |
| **Adjustment** | | | | | |
| **Year to Date** | 4,095.36 | 4,095.36 | 4,026.24 | 4,026.24 | |

| NET PAY | BANK KEY | ACCOUNT NO | AMOUNT |
|---|---|---|---|
| Bank Transfer | 031176110 | **2377 | 632.42 |

**BRIDGESTONE**

| BRIDGESTONE RETAIL OPERATIONS, LLC. | | |
|---|---|---|
| 200 4th Ave. South | | |
| Nashville , TN 37201 | | |
| **TEAMMATE TYPE** | HOURLY FT NON-UNION | |

| PAY PERIOD | 32/2023 |
|---|---|
| PERIOD START | 07/30/2023 |
| PERIOD END | 08/05/2023 |
| PAY DATE | 08/11/2023 |

| W-4 DATA | | FED | STATE |
|---|---|---|---|
| MARITAL STATUS | | S or MFS | S / MFS |
| CREDIT DEP./ALLOWANCES | | | 00 |
| EXEMPT | | N | N |
| IRS OVERRIDE | | | |
| ADDL  AMT/PCT | | | |
| OTHER INCOME | | | |
| DEDUCTIONS | | | |

| **TEAMMATE** | MARK OBRIEN |
|---|---|
| **ADDRESS** | 19271 COTTONWOOD DRIVE #S1622 |
| **CITY/STATE/ZIP** | PARKER CO 80138-0000 |
| **DEPARTMENT** | W7 795272 - 3899 |

| VACATION BASE | |
|---|---|
| VACATION RATE | |
| SICK HOURS AVAILABLE | 48.00 |
| CPSL USED | |
| CPSL AVAILABLE | |

| UNIV | 20035878 |
|---|---|
| CLOCK NO | |

| EARNINGS | ADJUSTMENT PERIOD | RATE | HOURS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|
| Holiday | | | | | 152.00 |
| OTPremium | | | | 13.88 | 51.88 |
| Memo Regular Hours | | | 40.00 | | |
| Memo Total Work Hours | | | 42.03 | | |
| Flag Units | | | | 3.75 | |
| Flag Units | | 19,00 | 30.00 | 570.00 | 4,495.98 |
| Memo OT 1.5 | | | 2.03 | | |
| **TOTAL EARNINGS** | | | | **587.63** | **4,699.86** |

| DEDUCTIONS | ADJUSTMENT PERIOD | | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|
| Dental | | | -3.28 | -20.15 |
| Incentive Savings | | | -47.01 | -116.13 |
| **TOTAL DEDUCTIONS** | | | **-50.29** | **-136.28** |

| TAXES - TAX AUTH | ADJUSTMENT PERIOD | | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|
| Withholding Tax - Federal | | | -28.29 | -319.40 |
| Social Security Tax - Federal | | | -36.23 | -290.14 |
| Medicare Tax - Federal | | | -8.48 | -67.86 |
| Withholding Tax - Colorado | | | -20.00 | -174.00 |
| TX EE PFML TAX STATE PLAN - Colorado | | | -2.42 | -20.54 |
| **TOTAL TAXES** | | | **-95.42** | **-871.94** |

| TAX BASE ADJUSTMENTS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|
| | | |

| TAX BASES | MEDICARE | SOCIAL SECURITY | FEDERAL | STATE | LOCAL |
|---|---|---|---|---|---|
| **Current Amount** | 584.35 | 584.35 | 537.34 | 537.34 | |
| **Adjustment** | | | | | |
| **Year to Date** | 4,679.71 | 4,679.71 | 4,563.58 | 4,563.58 | |

| NET PAY | BANK KEY | ACCOUNT NO | AMOUNT |
|---|---|---|---|
| Bank Transfer | 031176110 | **2377 | 441.92 |



All folders ⌄     ← linnearjeffery

**Home**  View  Help  Message  Insert  Format text  Draw  Options

11:45 blood appointment
Tomorrow 11:30 AM

New mail ⌄ | Delete ⌄ | Archive | Report ⌄ | Sweep | Move to ⌄ | ↺ ← → | Quick steps ⌄ | Read / Unread | ⌖ ⌄ | ⚑ ⌄ | 📌 | ⏱ ⌄ | 📧 ⌄ | 🖨 | ↺ | ...

**Favorites**
- Inbox
- Sent Items
- Junk Email
- Drafts          15
- Deleted Items
  - Add favorite

**Folders**
- Inbox
  - !!!Hobbies
  - !!!Weebly
  - !!DVR2
  - !!MSI concussion
  - !$Counseling
  - !Books
  - !Car Rental
  - !Concussion and Legal
  - !EEOC
  - !Family
  - !Financial-Purchases
  - !Health &Benes
    - CPAP

All | Mail | Files | Teams

⊘ Has attachments | ✉ Unread | ⚇ To me | @ Mentions me | ⚑ Flagged | ⚑ High importance

**Top results**

Mark O'Brien
Mark O'Brien - left vm 8:35 8/...    8/16/2023
Hi Jeff, I haven't heard back...    Work_Jobs

Mark O'Brien
Got another case!    8/16/2023
BTW, I also sent HR accom...    Sent Items

**All results**

Mark O'Brien
Got another case!    8/16/2023
BTW, I also sent HR accom...    Sent Items

Mark O'Brien
Mark O'Brien - left vm 8:35 8/...    8/16/2023
Hi Jeff, I haven't heard back...    Work_Jobs

Mark O'Brien
Mark O'Brien - left vm 8:35 8/...    8/10/2023
Hi Jeff, My name is Mark O'...    Sent Items

**Send** ⌄     To: LinnearJeffery@bfusa.com

Re: Mark O'Brien - left vm 8:35 8/10/23          Draft saved at 8:32 PM

**From:** Mark O'Brien
**Sent:** Thursday, August 10, 2023 8:43 PM
**To:** LinnearJeffery@bfusa.com <LinnearJeffery@bfusa.com>
**Subject:** Mark O'Brien - left vm 8:35 8/10/23

Hi Jeff,
My name is Mark O'Brien.  I am a Tire Tech I at the Stroh Ranch FS in Parker CO, under Patrick Macgonagal.
I need to discuss some possible accommodations with you on the phone.
Any assistance is greatly appreciated.
Thank you,
Mark

Mark O'Brien - left vm 8:3...    | ✎ Re: Mark O'Brien - le... ✕



All folders ⌄    ← linnearjeffery

11:45 blood appointment
Tomorrow 11:30 AM

Home    View    Help    **Message**    Insert    Format text    Draw    Options

Verdana    11    **B**  *I*  U̲  S̶    🖍⌄  A⌄  Aᵇ  ≔  ≔  ≡⌄  ⋯  ...

☐  Favorites
  ☒ Inbox
  ▷ Sent Items
  📧 Junk Email
  🖊 Drafts                16
  🗑 Deleted Items
      Add favorite

☐  Folders
  ⌄ ☒ Inbox
      📁 !!!Hobbies
      📁 !!!Weebly
      📁 !!DVR2
      📁 !!MSI concussion
      📁 !$Counseling
      📁 !Books
      📁 !Car Rental
      📁 !Concussion and Legal
      📁 !EEOC
      📁 !Family
    › 📁 !Financial-Purchases
    ⌄ 📁 !Health &Benes
        📁 CPAP

All    Mail    Files    Teams    |    🖿 Has attachments    ✉ Unread    👤 To me    @ Mentions me    ⚑ Flagged    ⚲ High importance

⌄    Top results

**Mark O'Brien**
Mark O'Brien - left vm 8:35 8/...    8/16/2023
Hi Jeff, I haven't heard back...    Work_Jobs

**Mark O'Brien**
Got another case!    8/16/2023
BTW, I also sent HR accom...    Sent Items

**Mark O'Brien**
Mark O'Brien - left vm 8:35 8/...    8/10/2023
Hi Jeff, My name is Mark O'...    Sent Items

**Send**  ⌄    To: Mark O'Brien <riskwinner42@gmail.com>

Re: Mark O'Brien - left vm 8:35 8/10/23

**From:** Mark O'Brien <riskwinner42@gmail.com>
**Sent:** Wednesday, August 16, 2023 1:53 PM
**To:** LinnearJeffery@bfusa.com <LinnearJeffery@bfusa.com>; Mark O'Brien <Mark@obrimail.com>
**Subject:** Mark O'Brien - left vm 8:35 8/10/23

Hi Jeff,
I haven't heard back so I'm emailing you from my gmail account too.
My accommodations are some minor physical and cognitive things.  We can discuss more on the phone....
Thank you,
Mark

**From:** Mark O'Brien
**Sent:** Thursday, August 10, 2023 8:43 PM
**To:** LinnearJeffery@bfusa.com
**Subject:** Mark O'Brien - left vm 8:35 8/10/23
Hi Jeff,
My name is Mark O'Brien.  I am a Tire Tech I at the Stroh Ranch FS in Parker CO, under Patrick Macgonagal.
I need to discuss some possible accommodations with you on the phone.

Mark O'Brien - left vm 8:3...    🖊 Re: Mark O'Brien - le...  ✕



**Division of Unemployment Insurance**
P.O. Box 400
Denver, CO 80201-0400

COLORADO
**Department of Labor and Employment**

Go online: coloradoui.gov
Call: 1-800-388-5515
Fax: 303-318-9014

Forwarding Service Requested

Mark S. O'brien
c/o MARK S OBRIEN
19271 Cottonwood Dr #S1622
Parker, CO 80138

June 6, 2023

## NOTICE OF WAGES AND POSSIBLE BENEFITS

You recently submitted a claim for unemployment benefits.

Listed below are your base period wages and employer(s) according to our records. These wages were used to calculate your weekly and maximum benefit amounts. The benefit amounts shown are based on wages paid during the base period: 1/1/2022 to 12/31/2022.

| | |
|---|---|
| **Benefit Year Effective Date:** | **6/4/2023** |
| **Benefit Year End Date:** | **6/1/2024** |
| **Weekly Benefit Amount:** | **$675.00** |
| **Maximum Benefit Amount available during your benefit year:** | **$17,550.00** |

| Your Benefit Claim Is Determined By Wages Paid In Your Regular Base Period. | | | | |
|---|---|---|---|---|
| Employer DBA Name | Jan 2022 - Mar 2022 | Apr 2022 - Jun 2022 | Jul 2022 - Sep 2022 | Oct 2022 - Dec 2022 | Total Gross Wages Paid |
| VACO LLC | $0.00 | $0.00 | $17,850.00 | $18,632.00 | $36,482.00 |
| HENRY SCHEIN INC | $10,264.33 | $9,050.25 | $0.00 | $0.00 | $19,314.58 |
| INCEED | $0.00 | $1,680.00 | $0.00 | $0.00 | $1,680.00 |
| Totals: | $10,264.33 | $10,730.25 | $17,850.00 | $18,632.00 | $57,476.58 |

| | |
|---|---|
| Pension Deduction: | $0.00 |
| Earnings Exclusion: | $338.00 |
| Average Weekly Wage: | $1,433.23 |

**Further instructions and explanations are listed in the Additional Information page included with this statement.**

**Weekly Benefit Amount:** The weekly amount that you can be paid during your Benefit Year. You must be unemployed and eligible for benefits.

---



75477968

An Equal Opportunity Employer

Page 1 of 2

IMPORTANTE: Este documento afecta su elegibilidad para recibir beneficios de Seguro de Desempleo. Si usted no entiende este documento, llame inmediatamente a la línea de servicio al cliente del Departamento de Trabajo y Empleo de Colorado al 1-800-388-5515.

**Maximum Benefit Amount:** The total amount of unemployment benefits that you can be paid on this claim.

**Benefit Year Effective Date:** The closest Sunday to the date your application was submitted.

**Benefit Year End Date:** The date that ends your one year period following your Effective Date. You can only have one Benefit Claim during that one (1) year period.

**Earnings Exclusion:** There shall be deducted from the weekly benefit amount that part of wages payable to such individual with respect to such week that is in excess of fifty percent of the weekly benefit amount, and the weekly benefit amount resulting shall be computed to the next lower multiple of one dollar.

**Base Period:**

**Standard Base Period:** The one-year period of wages used to determine your benefit amounts. It is the first four (4) of the last five (5) completed calendar quarters before you applied for benefits.

**Alternate Base Period:** The period of wages used to determine your benefit amounts. It is the last four (4) completed calendar quarters immediately preceding the first day of the claim.

If you did not earn at least $2,500 during the standard base period, you may be eligible to use an alternate base period if you earned wages during this period (the most recent four completed calendar quarters).

For more information regarding benefit calculations, weekly eligibility requirements, and when to expect payment, login into your unemployment benefit claim or check our website at www.coloradoui.gov

IMPORTANTE: Este documento afecta su elegibilidad para recibir beneficios de Seguro de Desempleo. Si usted no entiende este documento, llame inmediatamente a la línea de servicio al cliente del Departamento de Trabajo y Empleo de Colorado al 1-800-388-5515.

### English

**IMPORTANT!** This document(s) contains important information about your unemployment compensation rights, responsibilities and/or benefits. It is critical that you understand the information in this document. If there is a due date on the form, please respond by that date.

**IMMEDIATELY:** If needed, call Denver Metro 303-318-9000 or Toll-Free 1-800-388-5515 for assistance in the translation and understanding of the information in the document(s) you have received.

### Spanish

**IMPORTANTE:** Este documento contiene información importante sobre sus derechos, obligaciones y/o beneficios de compensación por desempleo. Es muy importante que usted entienda la información en este documento. Responda antes de la fecha límite que se indica en el documento, responda antes de la misma.

**DE INMEDIATO:** Si necesita asistencia para traducir y entender la información en el documento que recibió, llame a Denver Metro al 303-318-9333 o, sin costo, al 1-866-422-0402.

### Amharic

አስፈላጊ! ይህ ሰነድ ስለ ስራአጥነት ካሳ መብት፣ ሀላፊነትና/ወይ ጥቅም አስፈላጊ መረጃ ያካተተ ነው። በዚህ ሰነድ ውስጥያለውን መረጃ መረዳ እጅግ አስፈላጊ ነው። በዚህ ቅፅ ላይ የመጫረሻ ቀን ከተቀመጠ፣ እባክዎትን እስከ ተጠቀሰው ቀን ምላሽይስጡ።

በአስቸኳይ፡ አስፈላጊ ከሆነ፣ ትርጉም ላይ ድጋፍ ለማግኘትና ይህ የደረሰትን ሰነድ ውስጥ ያለውን መረጃ ለመረዳት ድጋፍ ለማግኘትወደ ዴንቨር ሜትሮ በ 303-318-9000 ወይ በነፃ መስመር 1-800-388-5515 ይደውሉ።

### Arabic

**مهم!** تحتوي هذه الوثيقة (الوثائق) على معلومات مهمة تخص حقوقك في تعويض البطالة و/أو مسؤولياتك و/أو مزاياك. من المهم أن تفهم المعلومات الواردة في هذه الوثيقة. إذا كان هناك تاريخ مقرر في النموذج، فيرجى الرد بحلول ذلك التاريخ.

**فورًا:** إذا لزم الأمر، اتصل بدينيفر ميترو (Denver Metro) على الرقم 303-318-9000 أو الرقم المجاني 1-800-388-5155 للمساعدة في ترجمة وفهم المعلومات الواردة في الوثيقة (الوثائق) التي تلقيتها.

### Chinese

重要事项 ！ 本文件包含有关失业补助权利、责任和/或福利的重要信息。请确保自己理解本文件中的内容。如果表格上标明截止日期 ，请在相应日期前回复。

立即进行：如有需要，请致电 Denver Metro 303-318-9000 ，或拨打免费电话 1-800-388-5515，以 便获得翻译服务 ，并帮助自己了解已经收到的文件内容。

## Korean

중요 사항**!** 본 문건에는 귀하의 실업수당을 지급받을 권리, 책임이나 혜택에 관한 중요한 정보가담겨 있습니다. 본 문건의 정보를 이해하는 것이 매우 중요합니다. 본 양식에 만기 일자가 있을경우, 해당 일자까지 응답하시기 바랍니다.

즉시**:** 필요할 경우, Denver Metro 303-318-9000 또는 무료 전화 1-800-388-5515를 이용, 통/번역 및 받은 문건의 정보를 이해하는 데 도움을 받으십시오.

## Vietnamese

**QUAN TRỌNG!** (Các) tài liệu này chứa thông tin quan trọng về các quyền nhận bồi thường thất nghiệp, trách nhiệm và/hoặc quyền lợi của quý vị. Điều vô cùng quan trọng là quý vị phải hiểu thông tin trong tài liệu này. Nếu có ngày đến hạn trong mẫu đơn, hãy trả lời trước ngày đó.

**NGAY LẬP TỨC:** Nếu cần, hãy gọi cho Denver Metro 303-318-9000 hoặc số Miễn Cước 1-800-388-5515 để được trợ giúp dịch và hiểu thông tin trong (các) tài liệu mà quý vị đã nhận được.

Activity    Attachments

**OM**  OBrien, Mark                                    🕐 7d ago  ·  Additional comments  ·  🔤 Translate

Hi Dan, do you know about how long it takes for these HR reps to respond?

**MD**  Martinez, Daniel                                🕐 10d ago  ·  Additional comments  ·  🔤 Translate

Thank you for contacting the MyBridgestone HR Support Center!

Situation described must be communicated to local Human Resources and will handled by your local HR. Please contact your Human Resources Business Partner (HRBP) find below contact information:

Name: Jeffery Linnear

Phone Number: +1 832-547-5518 (Landline)

Email address: LinnearJeffery@bfusa.com

Chat with an HR Agent now! HR Live Agent Support is enabled in MyBridgestone, next time you need HR Support or have a question about your HR Case contact us through chat.

KB0017977 : HR Live Chat is available! Chat with an HR Agent now

If you require further assistance, please reject case resolution, use AskMyBridgestone for HR topics or call the MyBridgestone HR Support Center at 855-873-6947. Our office hours are Monday through Friday, 7:00 a.m. to 6:00 p.m. CST.

**OM**  OBrien, Mark                                    🕐 10d ago  ·  Additional comments  ·  🔤 Translate

User OBrien, Mark has initiated a HR Systems Question request

**OM**  OBrien, Mark                                    🕐 10d ago

UR0084784 Created

Start

mythp.bfusa.com/sap/bc/ui5_ui5/ui2/ushell/shells/abap/FioriLaunchpad.html#RemunerationStatement-display&/detail/Paystubs(SEQUENCENUMBER=7,PersonnelAssignment='20035878')

Colorado Legal Hel... | MiniUsto | Pay Trey Meyers | EBT | JobCoaches | Perks@Work | UI | SCHOOL | Parker Weekly Ads... | EFAX | 2021 GEOLOGY | USGS Hist/Topo | Prospect Log.xlsx

## Paystubs (7)

Search

| Period | Amount | | Details |
|---|---|---|---|
| 32/2023 | 441,92 USD | Regular payroll run | 30.07.2023 - 05.08.2023 |
| 31/2023 | 632,42 USD | Regular payroll run | 23.07.2023 - 29.07.2023 |
| 30/2023 | 618,78 USD | Regular payroll run | 16.07.2023 - 22.07.2023 |
| 29/2023 | 599,91 USD | Regular payroll run | 09.07.2023 - 15.07.2023 |
| 28/2023 | 711,08 USD | Regular payroll run | 02.07.2023 - 08.07.2023 |
| 27/2023 | 602,70 USD | Regular payroll run | 25.06.2023 - 01.07.2023 |
| 26/2023 | 84,83 USD | Regular payroll run | 24.06.2023 - 24.06.2023 |

## Paystub

### Regular payroll run - 32/2023

Payroll Period: July 30, 2023 - August 5, 2023

Pay Date: August 11, 2023

**441,92**
Take Home Pay in USD

Deductions: 145,71 USD

Gross Pay: 587,63 USD

**BRIDGESTONE**

BRIDGESTONE RETAIL OPERATIONS, LLC.

200 4th Ave. South
Nashville, TN 37201

TEAMMATE TYPE        HOURLY FT NON-UNION

| PAY PERIOD | 32/2023 |
|---|---|
| PERIOD START | 07/30/2023 |
| PERIOD END | 08/05/2023 |
| PAY DATE | 08/11/2023 |

| W-4 DATA | FED | STATE |
|---|---|---|
| MARITAL STATUS | S or MFS | S / MFS |
| CREDIT DEP /ALLOWANCES | | 00 |
| EXEMPT | N | N |
| IRS OVERRIDE | | |
| ADDL AMT/PCT | | |
| OTHER INCOME | | |
| DEDUCTIONS | | |

| TEAMMATE | MARK OBRIEN |
|---|---|
| ADDRESS | 19271 COTTONWOOD DRIVE #S1822 |
| CITY/STATE/ZIP | PARKER CO 80138-0000 |
| DEPARTMENT | W7 795272 - 3899 |

VACATION BASE

VACATION RATE

SICK HOURS AVAILABLE    48.00
CPSL USED
CPSL AVAILABLE

UNIV    20035878

CLOCK NO

| EARNINGS | ADJUSTMENT PERIOD | RATE | HOURS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|
| Holiday | | | | | 162.00 |
| OTPremium | | | | 13.88 | 61.88 |
| Memo Regular Hours | | | 40.00 | | |
| Memo Total Work Hours | | | 42.03 | | |
| Flag Units | | | | 3.75 | |
| Flag Units | | 19.00 | 30.00 | 570.00 | 4,499.88 |
| Memo OT 1.5 | | | 2.03 | | |
| **TOTAL EARNINGS** | | | | **587.63** | **4,699.86** |

| DEDUCTIONS | ADJUSTMENT PERIOD | | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|
| Dental | | | -3.28 | -20.15 |
| Incentive Savings | | | -47.01 | -116.13 |
| **TOTAL DEDUCTIONS** | | | **-50.29** | **-136.28** |

| TAXES - TAX AUTH | ADJUSTMENT PERIOD | | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|
| Withholding Tax - Federal | | | -28.29 | -319.40 |
| Social Security Tax - Federal | | | -36.23 | -290.14 |
| Medicare Tax - Federal | | | -8.48 | -67.88 |
| Withholding Tax - Colorado | | | -20.00 | -174.00 |
| TX EE PFML TAX STATE PLAN - Colorado | | | -2.42 | -20.54 |
| **TOTAL TAXES** | | | **-95.42** | **-871.94** |

| TAX BASE ADJUSTMENTS | | | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|
| | | | | |

| TAX BASES | MEDICARE | SOCIAL SECURITY | FEDERAL | STATE | LOCAL |
|---|---|---|---|---|---|

Open as PDF

**1** The price of this Inspection is $49.99 (a 77$ value). (Refer to the POS system for the most current pricing in your area)

**2** The tech time for the CVI+ will be 1.1 hours.

**3** The CVI+ creates a three tier (Good, Better, Best) inspection line-up; just like what we have with tires. The goal of adding this CVI+ is to help move Bosses from a Courtesy Check into a CVI or CVI+

CONTINUE